IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

---

**ENTRY OF APPEARANCE OF LUCAS LORENZ FOR THE PLAINTIFF**

---

       COMES NOW, Lucas Lorenz of Elkus & Sisson, P.C., and hereby enters his appearance for and on behalf of the Plaintiffs, Carrigan, et al.

Dated: December 16, 2016.       Respectfully submitted,

       ELKUS & SISSON, P.C.

       */s/Lucas Lorenz*
       Lucas Lorenz
       Reid J. Elkus
       Donald C. Sisson
       501 South Cherry Street, Suite 920
       Denver, CO 80246
       Telephone: (303) 567-7981
       Fax: (303) 431-3753
       llorenz@elkusandsisson.com
       relkus@elkusandsisson.com
       dsisson@elkusandsisson.com
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on December 16, 2016, a true and correct copy of the foregoing was electronically filed via CM/ECF.

*/s/Keri A. Roberts*
Keri A. Roberts