**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. : 1:16-cv-03079-MSK

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

---

**ENTRY OF APPEARANCE OF DONALD C. SISSON FOR THE PLAINTIFF**

---

       COMES NOW, Donald C. Sisson of Elkus & Sisson, P.C., and hereby enters his appearance for and on behalf of the Plaintiffs, Carrigan, et al.

Dated: December 16, 2016.       Respectfully submitted,

                                          ELKUS & SISSON, P.C.

                                          */s/Donald C. Sisson*
                                          Donald C. Sisson
                                          Reid J. Elkus
                                          Lucas Lorenz
                                          501 South Cherry Street, Suite 920
                                          Denver, CO 80246
                                          Telephone: (303) 567-7981
                                          Fax: (303) 431-3753
                                          dsisson@elkusandsisson.com
                                          relkus@elkusandsisson.com
                                          llorenz@elkusandsisson.com
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 16, 2016, a true and correct copy of the foregoing was electronically filed via CM/ECF.

*/s/Keri A. Roberts*
Keri A. Roberts