# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:16-CV-03079 | US District | Coloraodo | 1151996 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| Estate of Nate Carrigan, John Carrigan, Melissa Carrigan, and Kolby Martin | Park County Sheriff's Office, Sheriff Fred Wegener, in his Official Capacity, and Mark Hancock, in his Official Capacity |

| Received by: | For: |
|---|---|
| Metro Intelligence Agency | Elkus, Sissson & Rosenstein, PC |

| To be served upon: |
|---|
| Mark Hancock |

I, Ryan Lucas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Sarah, Company: 1180 Colorado Road 16, Fairplay, CO 80440

**Manner of Service:** Substitute Service - Personal, Dec 19, 2016, 8:00 am MST

**Documents:** Civil Cover Sheet, Complaint and Jury Demand, Concent / Non Consent to The Exercise of Jurisdiction by a United State Magistrate Judge in Direct Assignment Cases, Election Concerning Consent / Non-Consent to United States Magistrate Judge Jurisdiction,

**Additional Comments:**
1) Successful Attempt: Dec 19, 2016, 8:00 am MST at Company: 1180 Colorado Road 16, Fairplay, CO 80440 received by Sarah. Other: Patrol Secretary and Administrative Assistant to the Captain, Mark Hancock, and Authorized to accept on behalf of Mark Hancock;

_____  12-22-2016
Ryan Lucas                  Date

Metro Intelligence Agency
P.O. Box 621312
Littleton, CO 80162-1312
(720) 443-3382

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

12-22-2016    1-11-2019
Date          Commission Expires

JAMES E. ALLBEE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20004002959
MY COMMISSION EXPIRES JANUARY 11, 2019