## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

     Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity

     Defendant,

---

### ENTRY OF APPEARANCE AND DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND

---

     Timothy P. Schimberg, of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance, on behalf of Park County Sheriff's Office, Sheriff Fred Wegener, and Mark Hancock, ("Defendants"), and respectfully requests an extension of time to move or otherwise respond to the Complaint up to and including February 7, 2016.

     <u>D.C.COLO.LCivR 7.1(a) Certification</u>: Undersigned counsel has communicated with Plaintiff's counsel. Mr. Elkus has no objection to the extension requested.

     1.     Undersigned counsel has only recently been retained to defend the interest of the Defendants. The investigation material relating to the underlying events are voluminous and undersigned requires additional time to review the documents provided to prepare an appropriate

response.

2.    This Motion for Extension of Time to Move or Otherwise Respond to the Complaint is not made for the purposes of delay but rather in the interests of justice.

3.    Defendants request an extension of time up to and including February 7, 2017 within which to move or otherwise respond to the Complaint.

Wherefore, for the reasons set forth above, Defendants respectfully request an extension of time up to and including February 7, 2017 to move or otherwise respond to the Plaintiffs' Complaint.

Respectfully submitted this 3rd day of February, 2017.

                Respectfully Submitted,

                */s/ Timothy P. Schimberg*
                Timothy P. Schimberg, Atty. No. 10686
                Fowler, Schimberg, Flanagan & McLetchie, P.C.
                1640 Grant Street, Suite 300
                Denver, Colorado  80203
                Tel: 303-298-8603
                Fax: 303-298-8748
                t_schimberg@fsf-law.com
                Attorney for Defendants

## CERTIFICATE OF SERVICE

       I hereby certify that on February 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Reid J. Elkus
Donald C. Sisson
Lucas Lorenz
ELKUS & SISSON, P.C.
501 S. Cherry Street, Suite 920
Denver, Colorado 80246
relkus@elkusandsisson.com
dsisson@elkusandsisson.com
llorenz@elkusandsisson.com
Attorneys for Plaintiffs

cc:    Mark Hancock

       Sheriff Fred Wegener
       Park County Sheriff's Office
       1180 CR 16
       P.O. Box 604
       Fairplay, CO 80440
       E-mail:  fwegener@parkco.us

*/s/ Patricia Peak*

_____

Patricia Peak