IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No: 16-cv-03079-MSK-MJW | Date: February 23, 2017 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom A-502 |

| *Parties:* | *Counsel:* |
|---|---|
| ESTATE OF NATE CARRIGAN, <br> JOHN CARRIGAN <br> MELISSA CARRIGAN, and <br> KOLBY MARTIN, <br>    Plaintiffs, <br> v. <br> PARK COUNTY SHERIFF'S OFFICE, <br> SHERIFF FRED WEGENER, in his official and individual capacity, and <br> MARK HANCOCK, in his official and individual capacity, <br>    Defendants. | Donald Sisson <br> Reid Elkus <br><br><br><br><br><br> Timothy Schimberg |

## COURTROOM MINUTES

**RULE 16 SCHEDULING CONFERENCE**

**9:01 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before February 24, 2017.**

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then

parties shall file their Motion for Protective Order and proposed Protective Order **on or before March 10, 2017.**

Joinder of Parties/Amendment to Pleadings: **May 9, 2017**

Discovery Cut-off: **October 23, 2017**

Dispositive Motions Deadline: **November 23, 2017**

Each side shall be limited to 20 depositions, including experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 45 interrogatories, 45 requests for production, and 45 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **September 19, 2017**.

Each side shall be limited to 4 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **July 24, 2017**
Disclosure of Rebuttal Experts: **August 24, 2017**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE, and TRIAL** will be set by Chief Judge Marcia S. Krieger at a future date.
The parties anticipate a 5-day trial to a jury.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

**Scheduling Order entered.**

**9:14 a.m.        Court in recess.**

Hearing concluded.
Total in-court time:   00:13

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.