### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

_____

**PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER**
_____

    Plaintiffs, by and through their undersigned counsel, move this court for an extension of time to file the proposed Protective Order. In support of this Motion, Plaintiffs state as follows:

1.     Plaintiffs have conferred with counsel for the Defendants and continue to work toward a resolution as it pertains to the proposed Protective Order. Due to the press of business, parties are unable to complete the conferral process in order to file the proposed Order by the deadline, *e.g.* March 10, 2017.

2.     Plaintiffs respectfully request a brief extension of time until Monday, March 13, 2017 to file the proposed Protective Order. This extension of time will not prejudice the Court or parties represented in this matter.

    WHEREFORE, Plaintiffs respectfully request that this Court Grant the relief sought herein through an extension of time for the reasons stated above.

Dated this 10th day of March, 2017

                         ELKUS & SISSON, P.C.

                         */s/Reid J. Elkus*
                         Lucas Lorenz
                         Reid J. Elkus
                         Donald C. Sisson
                         501 South Cherry Street, Suite 920
                         Denver, CO 80246
                         Telephone: (303) 567-7981
                         Fax: (303) 431-3753
                         llorenz@elkusandsisson.com
                         relkus@elkusandsisson.com
                         dsisson@elkusandsisson.com
                         *Attorneys for Plaintiff*

-     AND  -


                         */s/ Timothy P. Schimberg*
                         Timothy P. Schimberg
                         Fowler, Schimberg, Flanagan & McLetchie, P.C.
                         1640 Grant Street, Suite 300
                         Denver, CO 80203
                         *T_Schimberg@fsf-law.com*
                         *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2017, I electronically filed the foregoing ERROR! USE THE HOME TAB TO APPLY CR TO THE TEXT THAT YOU WANT TO APPEAR HERE. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Timothy P. Schimberg
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
*T_Schimberg@fsf-law.com*
*Attorney for Defendants*

                                                               */s/ Keri A. Roberts*_____
                                                               Keri Roberts, Paralegal