# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

        Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

        Defendant.

___

## STIPULATED MOTION FOR PROTECTIVE ORDER
___

    The Parties to the above-captioned matter, by and through their undersigned counsel, jointly move this Court to enter the Parties' proposed Stipulated Protective Order, submitted contemporaneously herewith, as an Order of the Court, to protect the discovery and dissemination of certain limited confidential information. In support of this Motion, the Parties state as follows:

1.    The Parties agree that a Protective Order is necessary to protect certain limited confidential information to be produced as part of discovery.

2.    The Parties submit the attached proposed Stipulated Protective Order, which counsel for each Party has reviewed and approved.

3.    Good cause exists for the issuance of the attached proposed Stipulated Protective Order for the reasons stated in the proposed Order and the reasons stated above.

    WHEREFORE, the Parties respectfully request that this Court enter the Stipulated Protective Order as an Order of the Court.

Dated this 10th day of March, 2017

                ELKUS & SISSON, P.C.

                */s/Lucas Lorenz*
                Lucas Lorenz
                Reid J. Elkus
                Donald C. Sisson
                501 South Cherry Street, Suite 920
                Denver, CO 80246
                Telephone: (303) 567-7981
                Fax: (303) 431-3753
                llorenz@elkusandsisson.com
                relkus@elkusandsisson.com
                dsisson@elkusandsisson.com
                *Attorneys for Plaintiff*

-   AND  -

                */s/ Timothy P. Schimberg*
                Timothy P. Schimberg
                Fowler, Schimberg, Flanagan & McLetchie, P.C.
                1640 Grant Street, Suite 300
                Denver, CO 80203
                *T_Schimberg@fsf-law.com*
                *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2017, I electronically filed the foregoing ERROR! USE THE HOME TAB TO APPLY CR TO THE TEXT THAT YOU WANT TO APPEAR HERE. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Timothy P. Schimberg
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
*T_Schimberg@fsf-law.com*
*Attorney for Defendants*

*/s/ Lucas Lorenz*
Lucas Lorenz