IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO JOIN TRAVIS THRELKEL AS A NAME PLAINTIFF**

---

COMES NOW, Plaintiffs, Estate of Nate Carrigan, John Carrigan, Melissa Carrigan and Kolby Martin, by and through their undersigned counsel, Elkus & Sisson, P.C., and hereby moves this Court for leave to amend the Complaint to join Travis Threlkel as a Plaintiff in this action:

**D.C.COLO.LCivR 7.1**

Undersigned counsel has conferred with opposing counsel in this matter by way of email and opposing counsel has indicated that they do not object to the relief requested herein.

Pursuant to the Scheduling Order as entered by this Court on February 23, 2017, the deadline to amend the Complaint and join any necessary parties is May 9, 2017. As such, this Motion is timely under the Scheduling Order.

*a.     Joining Travis Threlkel as a party*

1. On March 8, 2017, Deputy Travis Threlkel retained Plaintiffs' counsel. Deputy Threlkel was one of six Park County Sheriff Deputies that entered the Martin Wirth residence on February 24, 2016. As such, the claims Deputy Threlkel is asserting against the Defendants are identical to those claims being asserted by the current Plaintiffs. Moreover, the operative facts supporting Deputy Threlkel's claims for relief are duplicative with those facts as set forth in the December 14, 2016 Complaint.

2. A motion seeking leave to amend is governed by Fed. R. Civ. P. 15. The Court must heed Rule 15's mandate that the Court should "freely give leave when justice so requires." *Estate of Howard v. County of El Paso*, 2011 U.S. Dist. LEXIS 46565, 3-4 (D. Colo. Apr. 22, 2011); see also Fed. R. Civ. P. 15(a). Moreover, Fed. R. Civ. P. 20(a)(1) allows persons to join in one action as plaintiffs if (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact comment to all plaintiffs will arise in the action.

3. Deputy Threlkel meets both of the requirements set forth in Fed. R. Civ. P. 20(a)(1). As noted above, Deputy Threlkel was a Park County Sheriff Deputy that was involved in the critical incident concerning Martin Wirth, which incident resulted in Deputy Threlkel sustaining injury and damage. As such, Deputy Threlkel is entitled to seek some or the same relief as other Plaintiffs named in this litigation. Moreover, his claims arise out of the same transactions as the other Plaintiffs in this litigation.

4. Requiring Deputy Threlkel to initiate a separate action against the named Defendants is unnecessarily burdensome, expensive, and not in the best interests of judicial economy.

5. Finally, because discovery has only recently begun, the Defense is not so prejudiced by the inclusion of Deputy Threlkel at this stage of the litigation.

WHEREFORE, Plaintiffs respectfully request this Honorable Court for leave to join Travis Threlkel as a Plaintiff in this matter.

Dated this 5th day of April, 2017

ELKUS & SISSON, P.C.

*/s/Reid J. Elkus*
Lucas Lorenz
Reid J. Elkus
Donald C. Sisson
501 South Cherry Street, Suite 920
Denver, CO 80246
Telephone: (303) 567-7981
Fax: (303) 431-3753
llorenz@elkusandsisson.com
relkus@elkusandsisson.com
dsisson@elkusandsisson.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on April 5, 2017, a true and correct copy of the foregoing was electronically filed via CM/ECF.

Timothy P. Schimberg
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
*T_Schimberg@fsf-law.com*
*Attorney for Defendants*

 

*/s/Keri A. Roberts*
Keri A. Roberts, Paralegal