# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

___

**PROPOSED ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO JOIN TRAVIS THRELKEL AS A NAME PLAINTIFF**
___

THE COURT, having reviewed Plaintiffs' Motion for Leave to Amend the Complaint to join Travis Threlkel as a Plaintiff in this action and having reviewed the motion; hereby grants the Motion for Leave.

                                                         _____
                                                         United States District Court Judge