IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion for leave to Amend Complaint to Join Travis Threlkel as Named Plaintiff (Docket No. 29) is GRANTED. Plaintiffs shall file an Amended Complaint that is consistent with the requirements of D.C.COLO.LCivR 15.1 on or before April 21, 2017.

Date: April 17, 2017