**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO**

Civil Action No.     16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,

     Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

     Defendants.

---

**PROTECTIVE ORDER**

---

Due to the prospect that a conflict of interest exists among and between Defendants and their counsel, it is hereby ORDERED that further deposition discovery be stayed until Defendants have resolved the issue.  Good cause has been shown. Applying the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, at *2 (D. Colo. 2006), a stay of further deposition discovery is warranted to protect the interests of Defendants, to encourage the expeditious and efficient litigation of the case, and to avoid discovery that is inhibited or otherwise tainted by a conflict of interest.  Defendants are ORDERED to take swift measures to determine whether

1

Defendants' counsel can continue to represent Defendants, remedy any conflict, and notify the Court when the issue is resolved.

IT IS SO ORDERED.
DATED this ____ day of ____, 2017.

BY THE COURT:

_____

2