IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Entry of Protective Order (Docket No. 34) is GRANTED. The Court finds that a stay of deposition discovery is appropriate under the factors outlined in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. March 30, 2006) (unpublished). Accordingly, it is further ORDERED that deposition discovery is STAYED until Defendants have resolved the issue discussed in the motion. It is further ORDERED that, on or before July 7, 2017, attorney Timothy P. Schimberg shall file either (1) a motion to withdraw as counsel for one or more of Defendants, or (2) a status report regarding the continued representation of Defendants.

Date: June 22, 2017