# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Watanabe

DATE: June 22, 2017

RE: Christie Huston v. Pacific Convenience & Fuels, LLC et al.
Case No. 16-cv-02365-WJM-MJW

    \_\_\_\_    A settlement conference was held on this date, and no settlement was reached as to any claims in this action.

    \_X\_\_    A settlement conference was held on this date, and a settlement was reached as to

    \_\_\_\_\_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before July 14, 2017.

    \_\_\_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: <u>5 Hours 00 Minutes</u>

    \_\_\_\_\_    A record was made    <u> X </u>    No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    \_\_\_\_\_    Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: \_\_\_\_\_hours \_\_\_\_\_minutes.