**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF COLORADO**

Civil Action No.        16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,


        Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

        Defendants.

---

## ENTRY OF APPEARANCE, SUBSTITUTION OF COUNSEL AND MOTION FOR WITHDRAWAL OF COUNSEL

---

Defendant Mark Hancock, by and through his present attorney Timothy P. Schimberg, and in conjunction with Magistrate Judge Michael Watanabe's Minute Order of June 22, 2017 [Doc. 36], states as follows:

1.      Timothy P. Schimberg respectfully moves for an Order allowing him to withdraw as counsel for Defendant Mark Hancock.

2.      Defendant Hancock respectfully requests that the Court allow substitution of counsel through Josh A. Marks and David J. Goldfarb of Berg, Hill, Greenleaf & Ruscitti.

1

3.     Josh Marks and David J. Goldfarb of Berg, Hill, Greenleaf & Ruscitti, 1712

Pearl Street, Boulder, CO 80302, telephone number 303-402-1600, hereby enter their

appearance on behalf of Defendant Mark Hancock in this matter.

**DATED** this 5th day of July, 2017.

Respectfully Submitted,


/s/ David J. Goldfarb                          /s/ Timothy P. Schimberg
/s/ Josh A. Marks                              Timothy P. Schimberg, Atty. No. 10686
David J. Goldfarb, Atty. No. 44070             Fowler, Schimberg, Flanagan &
Josh A. Marks, Atty. No. 16953                 McLetchie, P.C.
1712 Pearl Street                              1640 Grant Street, Suite 300
Boulder, CO  80302                             Denver, Colorado  80203
Tel: 303-402-1600                              Tel: 303-298-8603
dgoldfarb@bhgrlaw.com                          Fax: 303-298-8748
jam@bhgrlaw.com                                t_schimberg@fsf-law.com
                                               *Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2017, I electronically served the foregoing **ENTRY OF APPEARANCE, SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses:

Reid J. Elkus
Donald C. Sisson
Lucas Lorenz
ELKUS & SISSON, P.C.
501 S. Cherry Street, Suite 920
Denver, Colorado 80246
relkus@elkusandsisson.com
dsisson@elkusandsisson.com
llorenz@elkusandsisson.com
*Attorneys for Plaintiffs*

*/s/ Valerie Gremillion*
Valerie Gremillion

3