IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

   Plaintiff,
v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity

Defendant.

**ORDER GRANTING SUBSTITUTION OF COUNSEL AND
MOTION FOR WITHDRAWAL OF COUNSEL**

  The Court having considered Defendant's "Entry of Appearance, Substitution of Counsel and Motion for Withdrawal of Counsel," and being fully advised in the premises, hereby accepts the appearance of Josh A. Marks and David J. Goldfarb of Berg, Hill, Greenleaf and Ruscitti as counsel of record for Defendant Mark Hancock, and that Timothy P. Schimberg of Fowler, Schimberg, Flanagan and McLetchie is hereby allowed to withdraw as counsel of record for Mark Hancock.

  Dated this _____ day of July, 2017.

                          Michael J. Watanabe
                          U.S. Magistrate Judge
                          District of Colorado