IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

---

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
---

    Defendant Mark Hancock, by and through his undersigned counsel Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, respectfully submits this Unopposed Motion to Amend Scheduling Order, and states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1, the undersigned has conferred with counsel for Plaintiffs, Donald Sisson and Reid Elkus, and counsel for Defendants Park County Sheriff's Office and Fred Wegner, Timothy Schimberg, who do not oppose the relief requested herein.

    2.    The Scheduling Order entered in this case [Doc. # 19] established the following deadlines: (1) the discovery cut-off date is October 23, 2017; (2) the dispositive motion deadline is November 23, 2017; (3) the parties must disclose expert witnesses by July 24, 2017; and (4) rebuttal disclosures are due by no later than August 24, 2017.

3. Following a recent deposition, Mr. Schimberg sought a protective order and stay of discovery due to the existence of a conflict of interest which limited his ability to represent all of the defendants. [*See* Doc. # 34.] The Court subsequently stayed discovery to allow Mr. Schimberg to resolve the conflict. [*See* Doc. # 36.] As a result of the conflict, the undersigned replaced Mr. Schimberg as counsel of record for Defendant Hancock.

4. Prior to engaging in further discovery, the undersigned need to conduct their initial investigation into the incident which forms the basis of this lawsuit to determine what interviews, depositions, or other discovery is necessary for the defense of Defendant Hancock. In order to undertake this initial investigation, Defendant Hancock requests the Court amend the Scheduling Order to extend the discovery cut-off to December 22, 2017, the dispositive motion deadline to January 22, 2018, the parties' affirmative expert disclosure deadline to September 25, 2017, and the rebuttal expert disclosure deadline to October 30, 2017.

5. In accord with D.C.COLO.LCivR. 6.1, counsel certify that they are sending a copy of this motion to their client.

6. Defendant Hancock has not sought any previous extensions of these deadlines.

WHEREFORE, Defendant Hancock respectfully requests that the Court amend the Scheduling Order to extend the discovery cut-off to December 22, 2017, the dispositive motion deadline to January 22, 2018, the parties' affirmative expert disclosure deadline to September 25, 2017, and the rebuttal expert disclosure deadline to October 30, 2017.

Respectfully submitted this 10th day of July, 2017

        BERG HILL GREENLEAF RUSCITTI LLP

        /s/*Josh A. Marks*
        Josh A. Marks
        David J. Goldfarb
        1712 Pearl Street
        Boulder, CO  80302
        Phone:  (303) 402-1600
        Fax:  (303) 402-1601
        Email:  jam@bhgrlaw.com
        djg@bhgrlaw.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2017, I electronically filed the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:
:

Donald C. Sisson
Elkus and Sisson, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
dsisson@elkusandsisson.com

Reid J. Elkus
Elkus Sisson & Rosenstein, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
relkus@elkusandsisson.com

Lucas Lorenz
Elkus and Sisson, P.C.
501 South Cherry Street, Suite 920
Denver, CO 80246
llorenz@elkusandsisson.com

Timothy P. Schimberg
Fowler, Schimberg, Flanagan & McLetchie, P.C
1640 Grant Street, Suite 300
Denver, CO 80203
t_schimberg@fsf-law.com

*s/ Michelle D. Hitchcock*
_____
Michelle D. Hitchcock

4