IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual
capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

_____

**ORDER GRANTING DEFENDANT MARK HANCOCK'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

The Court, having reviewed Defendant Mark Hancock's Unopposed Motion to Amend Scheduling Order, and being duly advised in the premises, and for good cause shown, does hereby GRANT the motion. The Court amends the Scheduling Order to extend the discovery cut-off to December 22, 2017, the dispositive motion deadline to January 22, 2018, the parties' affirmative expert disclosure deadline to September 25, 2017, and the rebuttal expert disclosure deadline to October 30, 2017.

Dated this _____ day of _____, 2017.

BY THE COURT:

_____
District Court Judge