IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Mark Hancock's Unopposed Motion to Amend Scheduling Order (Docket No. 40) is GRANTED finding good cause shown. The Scheduling Order (Docket No. 19) is AMENDED to extend the discovery cut-off to December 22, 2017, the dispositive motion deadline to January 22, 2018, the parties' affirmative expert disclosure deadline to September 25, 2017, and the rebuttal expert disclosure deadline to October 30, 2017.

Date: July 12, 2017