**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity

    Defendant.

---

**UNOPPOSED MOTION FOR DISMISSAL OF JOHN CARRIGAN AND MELISSA CARRIGAN AS PLAINTIFFS AND TO AMEND CASE CAPTION**

---

Defendant Park County Sheriff's Office and Defendant Sheriff Fred Wegener, by and through counsel Timothy P. Schimberg of Fowler, Schimberg, Flanagan & McLetchie, P.C., submit the following Unopposed Motion to Dismiss John Carrigan and Melissa Carrigan as Plaintiffs and to Amend Case Caption ("Motion").  In support of the Unopposed Motion, these Defendants state as follows.

**D.C.COLO.LCivR. 7.1(a) Conferral:** Undersigned counsel has corresponded at length with Plaintiffs' counsel regarding the bases for this Motion.  Undersigned counsel has also conferred with counsel for Defendant Mark Hancock regarding the same.  The

Motion is unopposed.

1. Under the precedents of the Tenth Circuit, the Plaintiff captioned as "Estate of Nate Carrigan" is the proper party to assert claims on behalf of Nate Carrigan. *See Berry v. City of Muskogee*, 900 F.2d 1489, 1506 (10th Cir. 1990).

2. Plaintiff Melissa Carrigan, in and only in her capacity as Personal Representative of the Estate of Nate Carrigan, has standing to pursue the Estate's claims. *See e.g. Berry*, 900 F.2d at 1506-07; *Winn v. City of Aurora*, 2010 WL 2035585, *3 (D. Colo. 2010); *Roemer v. Carochi*, 2015 WL 5728769, *1 n.2 (D. Colo. 2015).

3. Plaintiff John Carrigan, individually and as the father of Nate Carrigan, cannot assert a claim for the death of Nate Carrigan under 42 U.S.C. § 1983. *See Berry*, 900 F.2d at 1506-07; *Wilson v. City of Lafayette*, 510 Fed. App'x. 775, 780-81 (10th Cir. 2013) (Briscoe, J., concurring in the judgment dismissing a parent's wrongful death claim under 42 U.S.C. § 1983).

4. Plaintiff Melissa Carrigan, individually and as the mother of Nate Carrigan, cannot assert a claim for the death of Nate Carrigan under 42 U.S.C. § 1983. *Id.*

5. Therefore, the parties join in requesting that John Carrigan and Melissa Carrigan, as individuals and as the parents of Nate Carrigan, be dismissed, and that the case caption be amended accordingly. Pursuant to D.C.COLO.LCivR 7.1(g), a proposed Order is attached.

6. The Motion does not seek to affect the claims or party status of Plaintiff Estate of Nate Carrigan, by and through Melissa Carrigan as Personal Representative.

7. The Motion does not seek to affect the claims or party status of Plaintiff Kolby

Martin, Plaintiff Travis Threlkel, or of any of the Defendants.

**DATED** this 12th day of September, 2017.

Respectfully Submitted,

*/s/ Timothy P. Schimberg*
Timothy P. Schimberg, Atty. No. 10686
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, Colorado  80203
Tel: 303-298-8603
Fax: 303-298-8748
t_schimberg@fsf-law.com
*Attorney for Defendants Park County Sheriff's Office and Sheriff Fred Wegener*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12th, 2017, I electronically filed the foregoing **UNOPPOSED JOINT MOTION FOR DISMISSAL OF JOHN CARRIGAN AND MELISSA CARRIGAN AS PLAINTIFFS AND FOR AMENDMENT OF CASE CAPTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Reid J. Elkus | David J. Goldfarb, Esq. |
| Donald C. Sisson | Josh A. Marks, Esq. |
| Lucas Lorenz | Berg, Hill, Greenleaf & Ruscitti |
| ELKUS & SISSON, P.C. | 1712 Pearl Street |
| 501 S. Cherry Street, Suite 920 | Boulder, CO  80302 |
| Denver, Colorado 80246 | dgoldfarb@bhgrlaw.com |
| relkus@elkusandsisson.com | jam@bhgrlaw.com |
| dsisson@elkusandsisson.com | *Attorneys for Defendant Mark Hancock* |
| llorenz@elkusandsisson.com | |
| *Attorneys for Plaintiffs* | |

                                                       */s/ Valerie Gremillion*
                                                       Valerie Gremillion