IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR DISMISSAL OF JOHN CARRIGAN AND MELISSA CARRIGAN AS PLAINTIFFS AND TO AMEND CASE CAPTION**

---

The Court, having reviewed the Unopposed Motion for Dismissal of John Carrigan and Melissa Carrigan as Plaintiffs and to Amend Case Caption, submitted by Defendant Park County Sheriff's Office and Defendant Sheriff Fred Wegener, and being duly advised in the premises, hereby ORDERS that the Motion is GRANTED.  The Court dismisses John Carrigan and Melissa Carrigan from the action and directs the Clerk of Court to amend the case caption to remove John Carrigan and Melissa Carrigan as party Plaintiffs. This Order does not affect the claims or party status of the Estate of Nate Carrigan, by and through Melissa Carrigan as Personal Representative, or of any other party.

Dated this ___ day of _____, 2017.

BY THE COURT:

_____

District Court Judge