IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual
capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

_____

## SECOND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

    Defendant Mark Hancock, by and through his undersigned counsel Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, respectfully submits this Unopposed Motion to Amend Scheduling Order, and states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1, the undersigned has conferred with counsel for Plaintiffs, Donald Sisson and Reid Elkus, and counsel for Defendants Park County Sheriff's Office and Fred Wegner, Timothy Schimberg, who do not oppose the relief requested herein.

    2.    The Scheduling Order entered in this case [# 19] established the following deadlines: (1) the discovery cut-off date is October 23, 2017; (2) the dispositive motion deadline is November 23, 2017; (3) the parties must disclose expert witnesses by July 24, 2017; and (4) rebuttal disclosures are due by no later than August 24, 2017.

3. The Court previously amended the Scheduling Order to extend the discovery cut-off to December 22, 2017, the dispositive motion deadline to January 22, 2018, the parties' affirmative expert disclosure deadline to September 25, 2017, and the rebuttal expert disclosure deadline to October 30, 2017. [# 42.]

4. The parties are in the midst of depositions and anticipate several expert depositions will be necessary in order to complete discovery in this case. In an effort to allow for enough time to complete all these depositions (Plaintiffs have disclosed three retained experts and several non-retained physicians and the Defendants anticipate disclosing several experts in rebuttal), the undersigned respectfully request that the Court extend the rebuttal expert disclosure deadline to November 30, 2017, the discovery cut-off to February 23, 2018, and the dispositive motion deadline to March 23, 2018.

5. In accord with D.C.COLO.LCivR. 6.1, counsel certify that they are sending a copy of this motion to their client.

6. Defendant Hancock previously sought to amend the Scheduling Order due to a conflict that arose which required him to obtain new counsel.

WHEREFORE, Defendant Hancock respectfully requests that the Court amend the Scheduling Order to extend the rebuttal expert disclosure deadline to November 30, 2017, the discovery cut-off to February 23, 2018 and the dispositive motion deadline to March 23, 2018.

Respectfully submitted this 29th day of September, 2017.

          BERG HILL GREENLEAF RUSCITTI LLP


          s/ *David J. Goldfarb*
          Josh A. Marks
          David J. Goldfarb
          1712 Pearl Street
          Boulder, CO  80302
          Phone:  (303) 402-1600
          Fax:  (303) 402-1601
          Email:  jam@bhgrlaw.com
                   djg@bhgrlaw.com

          *Attorneys for Defendant Mark Hancock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2017, I electronically filed the foregoing **SECOND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

| | |
|---|---|
| Donald C. Sisson | Timothy P. Schimberg |
| Reid J. Elkus | Fowler, Schimberg, Flanagan & |
| Lucas Lorenz | McLetchie, P.C |
| Elkus and Sisson, P.C. | 1640 Grant Street, Suite 300 |
| 501 South Cherry Street, Suite 920 | Denver, CO 80203 |
| Denver, CO 80246 | t_schimberg@fsf-law.com |
| dsisson@elkusandsisson.com | |
| relkus@elkusandsisson.com | **Via E-Mail:** |
| llorenz@elkusandsisson.com | Mark Hancock |

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak