IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),
v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

_____

**ORDER GRANTING DEFENDANT MARK HANCOCK'S**
**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**
_____

    The Court, having reviewed Defendant Mark Hancock's Unopposed Motion to Amend Scheduling Order, and being duly advised in the premises, and for good cause shown, does hereby GRANT the motion.  The Court amends the Scheduling Order to extend the discovery cut-off to February 23, 2018, the dispositive motion deadline to March 23, 2018, and the rebuttal expert disclosure deadline to November 30, 2017.

    Dated this _____ day of _____, 2017.

                                             BY THE COURT:

                                             _____
                                             Michael J. Watanabe
                                             U.S. Magistrate Judge