IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
MELISSA CARRIGAN, in her capacity as Personal Representative of the Estate of Nate Carrigan,
KOLBY MARTIN, and
TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant Mark Hancock's Second Unopposed Motion to Amend Scheduling Order (Docket No. 45) is GRANTED finding good cause shown. The Scheduling Order (Docket No. 19) is AMENDED to extend: (1)  the rebuttal expert disclosure deadline to November 30, 2017; (2) the discovery cut-off to February 23, 2018; and (3) the dispositive motion deadline to March 23, 2018.

Date: October 3, 2017