IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),
v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual
capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

───────────────────────────────────────────────

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**

───────────────────────────────────────────────

    Defendants Park County Sheriff's Office and Fred Wegener, by and through their undersigned counsel Timothy P. Schimberg of Fowler, Schimberg, Flanagan & McLetchie, P.C., and Defendant Mark Hancock, by and through his undersigned counsel Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, respectfully submit this Unopposed Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure deadline until December 7, 2017 as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1, the undersigned have conferred with counsel for Plaintiffs, Donald Sisson and Reid Elkus, who do not oppose the relief requested herein.

2

2. The Court previously amended the Scheduling Order to extend the Defendants' rebuttal expert disclosure deadline to November 30, 2017, the discovery cut-off to February 23, 2018, and the dispositive motion deadline to March 23, 2018. [# 47.]

3. Defendants' expert has been working diligently to complete his report in this matter. However, due to the sheer volume of incident reports, depositions transcripts, Colorado Bureau of Investigation ("CBI") transcripts from deputies involved in this incident, and other CBI investigative materials, Defendants respectfully request a one-week extension until December 7, 2017 of the rebuttal expert disclosure deadline to allow their expert to complete his report. Any reply expert deadline would be extended by one week as well. Since the parties have nearly three months until the February 23, 2018 discovery cut-off, no one is prejudiced by this short extension of time.

4. In accord with D.C.COLO.LCivR. 6.1, counsel certify that they are sending a copy of this motion to their clients.

5. Defendant Hancock previously sought to amend the Scheduling Order due to a conflict that arose which required him to obtain new counsel and to allow for the completion of several depositions.

WHEREFORE, Defendants respectfully request that the Court amend the Scheduling Order to extend the rebuttal expert disclosure deadline to December 7, 2017 and extend any associated reply deadline by one week.

Respectfully submitted this 30th day of November, 2017.

        FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE

        s/ *Timothy P. Schimberg*
        Timothy P. Schimberg
        1640 Grant Street, Suite 300
        Denver, CO 80203
        Phone:  (303) 298-8603
        Fax:  (303) 298-8748
        Email:  t_schimberg@fsf-law.com

        *Attorney for Defendant Park County Sheriff's Office and Fred Wegener*


        BERG HILL GREENLEAF RUSCITTI LLP

        s/ *David J. Goldfarb*
        Josh A. Marks
        David J. Goldfarb
        1712 Pearl Street
        Boulder, CO  80302
        Phone:  (303) 402-1600
        Fax:  (303) 402-1601
        Email:  jam@bhgrlaw.com
              djg@bhgrlaw.com

        *Attorneys for Defendant Mark Hancock*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2017, I electronically filed the foregoing **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

| | |
|---|---|
| Donald C. Sisson<br>Reid J. Elkus<br>Lucas Lorenz<br>Elkus and Sisson, P.C.<br>501 South Cherry Street, Suite 920<br>Denver, CO 80246<br>dsisson@elkusandsisson.com<br>relkus@elkusandsisson.com<br>llorenz@elkusandsisson.com | Timothy P. Schimberg<br>Fowler, Schimberg, Flanagan &<br>McLetchie, P.C<br>1640 Grant Street, Suite 300<br>Denver, CO 80203<br>t_schimberg@fsf-law.com<br><br>**Via E-Mail:**<br>Park County Sheriff's Office<br>Fred Wegener<br>Mark Hancock |

*s/ Cheryl Stasiak*

_____

Cheryl Stasiak

4