IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

___

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**

___

The Court, having reviewed Defendants' Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure Deadline, and being duly advised in the premises, and for good cause shown, does hereby GRANT the motion. The Court amends the Scheduling Order to extend the rebuttal expert disclosure deadline to December 7, 2017 and any corresponding expert reply disclosure deadline by one-week.

Dated this _____ day of _____, 2017.

BY THE COURT:

_____
Michael J. Watanabe
U.S. Magistrate Judge