IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
MELISSA CARRIGAN, in her capacity as Personal Representative of the Estate of Nate Carrigan,
KOLBY MARTIN, and
TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Park County Sheriff's Office and Fred Wegener's Unopposed Motion to Amend Scheduling Order to Extend Rebuttal Expert Disclosure Deadline (Docket No. 48) is GRANTED finding good cause shown. The Scheduling Order (Docket No. 19) is AMENDED to extend the rebuttal expert disclosure deadline to December 7, 2017. Any associated reply deadline is also extended by one week.

Date: December 1, 2017