IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
MELISSA CARRIGAN, in her capacity as Personal Representative of the Estate of Nate
Carrigan,
KOLBY MARTIN, and
TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Interventor Welles Tonjes's Unopposed Motion to
Intervene and Modify Protective Order Pursuant to F.R.C.P. 24(b); 26(b), (c) (Docket
No. 51) is GRANTED finding good cause shown. The Protective Order (Docket No. 28)
is MODIFIED to permit Defendants to produce discovery from this case to Interventor
Welles Tonjes.

Date: December 22, 2017