| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address:<br>P.O. Box 190, 300 Fourth Street, Fairplay, CO, 80440 | DATE FILED: January 25, 2016 8:40 AM<br>CASE NUMBER: 2016C 30001 |
| Plaintiff(s) FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>v.<br>Defendant(s) MARTIN WRITH et al. | |
| | ⚠ COURT USE ONLY ⚠<br>Case Number: 2016C 30001<br>Division: A    Courtroom: |
| Order: Writ of Restitution - Proposed | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 1/25/2016

*[signature]*

BRIAN LOUIS GREEN
County Court Judge



Exhibit No.: 36
Deponent: GORE
Date/RPR: 10-26-17
Hunter + Geist, Inc.

Page 1 of 1

CARRIGAN 018209

**EXHIBIT C**

| | |
|---|---|
| Park County Court<br>300 4th Street<br>Fairplay, CO 80440 | |
| Plaintiff: Federal National Mortgage Association ("Fannie Mae") a corporation organized and existing under the laws of the United States of America<br><br>vs<br><br>Defendants: Martin Writh, and any and all occupants of 36 Iris Drive, Bailey, CO 80421 | |
| Attorneys for Plaintiff:<br><br>Medved Dale Decker & Deere, LLC<br>355 Union Blvd, Suite 250<br>Lakewood, CO 80228<br>Phone: (303) 274-0155<br>Fax: (303) 274-0159<br>Email: evictions@medvedlaw.com<br>File# 15-12-0177 | Civil No. 2016C030001 |

**WRIT OF RESTITUTION**

The People of the State of Colorado, to the Sheriff of said County:

    Whereas, Plaintiff has been awarded a judgment, against the above named Defendant(s) and any and all occupants in the above referenced unlawful detainer action, for the restitution of the premises described as follows:

SEE ATTACHED LEGAL DESCRIPTION
Purported common property address: 36 Iris Drive, Bailey, CO 80421

    YOU ARE HEREBY COMMANDED, in the name and by the authority of the People of the State of Colorado, to dispossess the above named Defendant(s) and any and all occupants, remove all personal property from the premises and restore possession of the said premises to Plaintiff. Hereof make due and proper return according to law.

Given under my hand and seal, dated:_____.


By:_____
    Clerk/County Judge

Fee $_____

**EXHIBIT C**

CARRIGAN 018210