

# Park County Sheriff's Office
## Sheriff Fred Wegener
P.O. Box 604
Fairplay, CO 80440
Fairplay: 719-836-2494
Bailey Substation: 303-838-4441

**CIVIL NUMBER*** 8295   **DATE** 1/28/2016   **SERVICE TYPE** Writ of Restition
*Reference this number on all correspondence

**PERSON TO BE SERVED:** Martin Wirth and Any and All Occupants
**ADDRESS:** 36 Iris Drive, Bailey, CO 80421

**SERVE BY DATE:** 1/31/2016

**REQUESTED BY:** Medved Dale Decker & Deere LLC
**ATTN:** eviction@medvedlaw.com
**ADDRESS:** 355 Union Blvd, Suite 250
**CITY:** Lakewood   **STATE:** CO   **ZIP:** 80228
**PHONE:** 303-274-0155   **FAX:** 303-274-0159

**NOTES:** Schedule for 2/3/16 Wed 10 AM

| | | | |
|---|---|---|---|
| Date Served: | Time Served: | Total Mileage: | No Service: |
| Service Fee: | $160.00 | (We have increased our mileage cost to $.50 per mile | |
| Mileage Fee: | $ - | There is a 2 mile minimum charge for service) | |
| Postage Due | | | |
| Total Due: | $160.00 | | |
| Total received: | $160.00 Check # | 18432   Balance Pd: | 1/28/2016 |
| | Check # | Balance Pd: | |
| Balance Due: | $0.00 Date Billed: | | |

Refund of:    Refund Vouchered:

### Processes Attempted

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



Exhibit No.: 35
Deponent: GORE
Date/RPR: 10-26-17
Hunter + Geist, Inc.

CARRIGAN 018234

**EXHIBIT D**