

HANLOCK OPPS-5

D.J. - Back of house

Koldy

Travis

NATE *6zerd

J-Low * Back of house

F.C.F.D.

-Dave-

Exhibit No: 6
Deponent: Weesner
Date/RPR: 6-8-17
Hunter + Geist, Inc.

**EXHIBIT I**



EXHIBIT I