Exhibit No.: 30
Deponent: Martin
Date/RPR:
Hunter + Geist, Inc.

14

```
1   a.m.
2              UNIDENTIFIED SPEAKER:  Deploying now.
3         02-24-16 09.44.39AM Radio (800 Mhz Radio 1).wav
4              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:44:39
5   a.m.
6              UNIDENTIFIED SPEAKER:  (Indiscernible) copy North
7   Carolina (indiscernible).
8              DISPATCHER:  (Indiscernible) Nine (indiscernible)
9   Charles Short X George Four John out of Missouri. Go ahead.
10             UNIDENTIFIED SPEAKER:  (Indiscernible) Charles Henry
11  Edward Adam Tom Henry Adam Mary, first David, middle James,
12  date of birth 3/10 of '90, break for North Carolina.
13             DISPATCHER:  Okay.
14             UNIDENTIFIED SPEAKER:  39400283.
15        02-24-16 09.45.14AM Radio (800 Mhz Radio 2).wav
16             UNIDENTIFIED SPEAKER:  February 24, 2016, 9:45:14
17  a.m.
18             UNIDENTIFIED SPEAKER:  Movement 182.
19             UNIDENTIFIED SPEAKER:  Front porch.
20             UNIDENTIFIED SPEAKER:  Male party on the deck.
21        02-24-16 09.45.37AM Radio (800 Mhz Radio 2).wav
22             UNIDENTIFIED SPEAKER:  February 24, 2016, 9:45:37
23  a.m.
24             UNIDENTIFIED SPEAKER:  (Indiscernible).
25             UNIDENTIFIED SPEAKER:  Subject's going back in the
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1837

**EXHIBIT J**

15

1  house. 1-A.
2      **02-24-16 09.45.53AM Radio (800 Mhz Radio 2).wav**
3          UNIDENTIFIED SPEAKER: February 24, 2016, 9:45:53
4  a.m.
5          UNIDENTIFIED SPEAKER: (Indiscernible). You guys
6  move up.
7          UNIDENTIFIED SPEAKER: Moving up.
8      **02-24-16 09.46.08AM Radio (800 Mhz Radio 2).wav**
9          UNIDENTIFIED SPEAKER: February 24, 2016, 9:46:08
10 a.m.
11         UNIDENTIFIED SPEAKER: Get up here, get up here.
12     **02-24-16 09.46.20AM Radio (800 Mhz Radio 2).wav**
13         UNIDENTIFIED SPEAKER: February 24, 2016, 9:46:20
14 a.m.
15         UNIDENTIFIED SPEAKER: Dave, if you can come up to
16 the driveway, they'd much appreciate it.
17         UNIDENTIFIED SPEAKER: Copy.
18     **02-24-16 09.46.47AM Radio (800 Mhz Radio 2).wav**
19         UNIDENTIFIED SPEAKER: February 24, 2016, 9:46:47
20 a.m.
21         UNIDENTIFIED SPEAKER: Command One coming up the
22 drive.
23     **U02-24-16 09.47.00AM Radio (800 Mhz Radio 2).wav**
24         UNIDENTIFIED SPEAKER: February 24, 2016, 9:47:00
25 a.m.

**EXHIBIT J**

1    UNIDENTIFIED SPEAKER:  He saw us from the upper
2  deck, talked to us and then went back inside.
3      **02-24-16 09.47.14AM Radio (800 Mhz Radio 2).wav**
4    UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:14
5  a.m.
6    UNIDENTIFIED SPEAKER:  Sheriff, I'm going to go.
7    UNIDENTIFIED SPEAKER:  You guys are going to go up
8  to the door?
9    UNIDENTIFIED SPEAKER:  I'm going through the door.
10     **02-24-16 09.47.36AM Radio (800 Mhz Radio 2).wav**
11   UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:36
12 a.m.
13   UNIDENTIFIED SPEAKER:  DJ, Kolby, where you at?
14     **02-24-16 09.47.47AM Radio (800 Mhz Radio 2).wav**
15   UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:47
16 a.m.
17   UNIDENTIFIED SPEAKER:  DJ, I'm on the D side of the
18 house.
19   UNIDENTIFIED SPEAKER:  Okay, Sheriff, we're giving
20 too much time.  I need to --
21     **02-24-16 09.48.05AM Radio (800 Mhz Radio 2).wav**
22   UNIDENTIFIED SPEAKER:  February 24, 2016, 9:48:05
23 a.m.
24   UNIDENTIFIED SPEAKER:  Okay.  See if you can get
25 him, get his attention at the door.

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1839

**EXHIBIT J**

17

1           UNIDENTIFIED SPEAKER:  I'm going to try that.  He's
2   not coming.
3           **02-24-16 09.48.29AM Radio (800 Mhz Radio 2).wav**
4           UNIDENTIFIED SPEAKER:  February 24, 2016, 9:48:29
5   a.m.
6           UNIDENTIFIED SPEAKER:  (Indiscernible), come up
7   here.
8           **02-24-16 09.48.42AM Radio (800 Mhz Radio 2).wav**
9           UNIDENTIFIED SPEAKER:  February 24, 2016, 9:48:42
10  a.m.
11          UNIDENTIFIED SPEAKER:  We're going to go through the
12  door.
13          UNIDENTIFIED SPEAKER:  Copy, breaching the door.
14          UNIDENTIFIED SPEAKER:  Ida Four in the driveway.
15          **02-24-16 09.49.04AM Radio (800 Mhz Radio 2).wav**
16          UNIDENTIFIED SPEAKER:  February 24, 2016, 9:49:04
17  a.m.
18          UNIDENTIFIED SPEAKER:  Shots fired, shots fired.
19  Medical, come up to the drive.  Medical, come up to the drive.
20  Officer down; officer down.
21          **02-24-16 09.49.16AM Radio (PC Fire).wav**
22          UNIDENTIFIED SPEAKER:  February 24, 2016, 9:49:16
23  a.m.
24          UNIDENTIFIED SPEAKER:  (Indiscernible) Black Canyon
25  Fire.  Please launch a helicopter, Station 2.

**EXHIBIT J**

|   |   |
|---|---|
| 1 | DISPATCHER: Will do. 9:49. |
| 2 | **02-24-16 09.49.22AM Radio (800 Mhz Radio 1).wav** |
| 3 | UNIDENTIFIED SPEAKER: February 24, 2016, 9:49:22 |
| 4 | a.m. |
| 5 | UNIDENTIFIED SPEAKER: Shots fired. ETM. |
| 6 | **02-24-16 09.49.23AM Radio (800 Mhz Radio 2).wav** |
| 7 | UNIDENTIFIED SPEAKER: February 24, 2016, 9:49:23 |
| 8 | a.m. |
| 9 | UNIDENTIFIED SPEAKER: I've been hit. I've been |
| 10 | hit. (Indiscernible). |
| 11 | **02-24-16 09.49.35AM Position (Position 2 Headset).wav** |
| 12 | UNIDENTIFIED SPEAKER: February 24, 2016, 9:49:35 |
| 13 | a.m. |
| 14 | UNIDENTIFIED SPEAKER: Flight for Life. This is |
| 15 | Christie. |
| 16 | DISPATCHER: Hey, Christie, it's (Indiscernible) |
| 17 | over at Park. |
| 18 | UNIDENTIFIED SPEAKER: Hey. |
| 19 | DISPATCHER: Hey. Can I get Flight for Life |
| 20 | launched to Platte Canyon Station 2. |
| 21 | UNIDENTIFIED SPEAKER: Platte Canyon Station 2. |
| 22 | What do you have going on? |
| 23 | DISPATCHER: I have an officer that was just shot. |
| 24 | UNIDENTIFIED SPEAKER: Officer shot? Platte Canyon |
| 25 | Station 2. |

**EXHIBIT J**