

**EXHIBIT K**



CARRIGAN 0041



**EXHIBIT K**



**EXHIBIT K**



**EXHIBIT K**



**EXHIBIT K**