| | |
|---|---|
| COUNTY COURT, PARK COUNTY, COLORADO<br>Court Address:<br>P.O. Box 190, 300 Fourth Street, Fairplay, CO, 80440<br>Plaintiff(s) FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>v.<br>Defendant(s) MARTIN WRITH et al. | DATE FILED: January 25, 2016 8:40 AM<br>CASE NUMBER: 2016C 30001<br><br>⚠ COURT USE ONLY ⚠<br>Case Number: 2016C 30001<br>Division: A    Courtroom: |
| Order: Writ of Restitution - Proposed | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 1/25/2016

*[signature]*

BRIAN LOUIS GREEN
County Court Judge

| | |
|---|---|
| Park County Court<br>300 4th Street<br>Fairplay, CO 80440 | |
| Plaintiff: Federal National Mortgage Association ("Fannie Mae") a corporation organized and existing under the laws of the United States of America<br><br>vs<br><br>Defendants: Martin Writh, and any and all occupants of 36 Iris Drive, Bailey, CO 80421 | |
| Attorneys for Plaintiff:<br><br>Medved Dale Decker & Deere, LLC<br>355 Union Blvd, Suite 250<br>Lakewood, CO 80228<br>Phone: (303) 274-0155<br>Fax: (303) 274-0159<br>Email: evictions@medvedlaw.com<br>File# 15-12-0177 | Civil No. 2016C030001 |
| **WRIT OF RESTITUTION** | |

The People of the State of Colorado, to the Sheriff of said County:

Whereas, Plaintiff has been awarded a judgment, against the above named Defendant(s) and any and all occupants in the above referenced unlawful detainer action, for the restitution of the premises described as follows:

SEE ATTACHED LEGAL DESCRIPTION
Purported common property address: 36 Iris Drive, Bailey, CO 80421

YOU ARE HEREBY COMMANDED, in the name and by the authority of the People of the State of Colorado, to dispossess the above named Defendant(s) and any and all occupants, remove all personal property from the premises and restore possession of the said premises to Plaintiff. Hereof make due and proper return according to law.

Given under my hand and seal, dated:_____.


By:_____
       Clerk/County Judge

Fee $_____

CARRIGAN 018210

Wegener and PCSO, Exhibit B



# Park County Sheriff's Office
## Sheriff Fred Wegener
P.O. Box 604
Fairplay, CO 80440
Fairplay: 719-836-2494
Bailey Substation: 303-838-4441

CIVIL NUMBER* 8295   DATE 1/28/2016   SERVICE TYPE   Writ of Restition
*Reference this number on all correspondence

PERSON TO BE SERVED: Martin Wirth   ADDRESS: 36 Iris Drive
and Any and All Occupants   Bailey, CO 80421

SERVE BY DATE: 1/31/2016

REQUESTED BY: Medved Dale Decker & Deere LLC   PHONE: 303-274-0155   FAX: 303-274-0159
ATTN: eviction@medvedlaw.com
ADDRESS: 355 Union Blvd, Suite 250
CITY: Lakewood   STATE: CO   ZIP: 80228

NOTES: Schedule for 2/3/16 W/A 10 AM

Date Served:   Time Served:   Total Mileage:   No Service:
Service Fee:   $160.00   (We have increased our mileage cost to $.50 per mile
Mileage Fee:   $   -   There is a 2 mile minimum charge for service)
Postage Due
Total Due:   $160.00
Total received:   $160.00   Check # 18432   Balance Pd: 1/28/2016
                Check #              Balance Pd:
Balance Due:   $0.00   Date Billed:

Refund of:   Refund Vouchered:

Processes Attempted

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CARRIGAN 018234

Wegener and PCSO, Exhibit B