IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN, MELISSA CARRIGAN,
and KOLBY MARTIN,

     Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his
official and individual capacity,
and MARK HANCOCK, in his official
and individual capacity

     Defendants.

_____

DEPOSITION OF:   FREDRICK WILLIAM WEGENER, III
                 June 8, 2017

_____

              PURSUANT TO NOTICE, the deposition of
FREDRICK WILLIAM WEGENER, III was taken on behalf of the
Plaintiffs at 1640 Grant Street, Suite 150, Denver,
Colorado 80203, on June 8, 2017, at 9:15 a.m., before
Shauna T. Dietel, Registered Professional Reporter and
Notary Public within Colorado.

Wegener and PCSO, Exhibit D

FREDRICK WILLIAM WEGENER, III - 6/8/2017
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 95

13      Q      Okay.   Now, Sheriff, do you know Richard

14   Gabrish?

15      A      Yes.

16      Q      Did I pronounce his last name correctly?

17      A      I think so, yeah.

18      Q      How do you --

19      A      Gabrish.

20      Q      Gabrish.   Okay.

21             And how do you know Mr. Gabrish?

22      A      From the CBI investigation.

23      Q      And when you say you know him from the CBI

24   investigation, what do you mean by that?

25      A      That he told me they talked to Mr. Gabrish in

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 96

1    the CBI investigation.

2         Q    They told you to talk to Mr. Gabrish?

3         A    No.  No.  They said they talked to him.

4         Q    Oh, Okay.  So prior to the CBI investigation --

5    and the CBI investigation you're referring to was the

6    investigation of the February 24th, 2016, incident; is

7    that correct?

8         A    Correct.

9         Q    And is it your position that prior to that date

10   you've had no interaction with Mr. Gabrish?

11        A    None that I recall.

12        Q    Okay.

13        A    He says he talked to me two years prior, but I

14   -- I don't recall.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page  97

15        Q      (BY MR. ELKUS)  Line 1.   And this is

16   Mr. Gabrish's statement.   It says, He, probably two years

17   ago or so, I even called Sheriff Wegener.   Did I pronounce

18   your last name right?   Wegener?

19        A      Wegener, yeah.

20        Q      He -- and probably two years ago or so I even

21   called Sheriff Wegener and told him that if he was -- they

22   were going to serve him, he was losing his house, and if

23   he was going to serve him, that he would shoot at him.   He

24   said that, and I called Fred and told him that he was

25   going to do that.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 98

1          And he thanked me and they would be aware of

2     it.  And then they finally were evicting him and he had a

3     certain date he had to be out by and then wasn't making

4     it, and then the whole occupation people, five or six of

5     them from the area, or the city, came out and were going

6     to -- and were going to protest in his driveway.

7          Do you see that, sir?

8     A     Yes.

9     Q     Do you recall having a specific conversation

10    with Mr. Gabrish two to three years prior to February

11    24th, 2016, where he was informing you that if you were,

12    or the sheriff department was going to serve him, that

13    Mr. Wirth was going to shoot at your officers?

14         Do you recall that conversation?

15    A     No.

16    Q     Are you saying that conversation never

17    occurred, or are you saying you just don't have a

18    recollection as you sit here today?

19    A     No.  I just don't recall it.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 110

13          Q     And how long was that briefing?  Do you know?

14          A     No.  I -- it was going when I got there.

15          Q     Okay.  And how long was the briefing?  How much

16     left of the briefing -- I'm sorry.  I'll ask it

17     differently.

18                How long were you in the briefing for?

19          A     Oh, five, ten minutes.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 111

```
 9        Q     Okay.  Do you know what the plan was should

10   Mr. Wirth go back into the residence?

11        A     No.  My purpose was just to stop by to see if

12   they had enough people and just to find out how everybody

13   was doing, and then I was on my way to a meeting in

14   Denver.
```

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 113

7      Q    Okay.  Now, at one point, there was Captain

8   Hancock was advising you that you may be part of this

9   plan; is that right?

10      A    Yes.

11      Q    And what was -- I know that that ultimately did

12   not occur because you informed the Captain that you were

13   going down to Denver; is that right?

14      A    Correct.

Wegener and PCSO, Exhibit D

Page 122

```
 9        Q    Okay.  Now, who was the person leading the

10   briefing regarding the eviction of Mr. Wirth on February

11   24th?

12        A    Captain Hancock.
```

```
23        Q    What was -- what was Captain -- as the most

24   senior person, what was his role in the briefing in

25   evicting Martin Wirth?  What was -- what was his duty?
```

Wegener and PCSO, Exhibit D

Page 123

1    **What was he doing?**

2          A    He was leading the briefing.   He was giving the

3    information, assigning tasks.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 124

```
8        Q    Okay.  So do you recall giving a specific

9    direction from Captain Hancock to do the eviction or

10   handle the eviction of Mr. Wirth?

11       A    No.  No.

12       Q    Okay.  Was -- was Captain Hancock the patrol

13   commander that day?

14       A    Yes.

15       Q    Okay.  So that's why he was handling the

16   eviction of Martin Wirth, is because he was the patrol

17   commander?

18       A    Yes.

19       Q    Okay.  Now, I apologize if this is redundant,

20   but if you know, what was the plan that was devised in

21   regards to the eviction of Martin Wirth?

22       A    I . . .

23       Q    Do you know?

24       A    No, I don't know.

25       Q    Okay.  But being that Captain Hancock was the
```

Wegener and PCSO, Exhibit D

Page 125

1    patrol commander, would I be correct in saying that he was

2    the one that would have come up with the plan on how the

3    eviction would have happened?

4              MR. SCHIMBERG:  Foundation.  Form.

5              Go ahead.

6        A    He would -- he would have come up with the plan

7    to -- yeah, to execute the eviction, yes.

8        Q    (BY MR. ELKUS)  Okay.  And to that end, I'm

9    correct that you didn't come up -- let me back that up.

10             What role did you have in coming up with the

11   eviction plan?

12       A    None.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 157

16    **Q    All right.  And so when the plan is originally**

17    **drawn up and everybody has buy-in and we all agree -- and**

18    **they all agree to what the tactical plan is, then who is**

19    **in charge of -- and we'll just call it, for purposes of**

20    **this question, the Martin Wirth eviction -- then who is in**

21    **charge, then, of implementing and executing that tactical**

22    **plan?**

23    A    The team commander or the -- you know, whoever

24    the senior officer is.

25    **Q    And in that particular case, it would be**

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 158

1    Captain Hancock?

2        A    Correct.

3        Q    And how would Captain Hancock, then, execute

4    that tactical plan once it's agreed by everybody how it

5    would be?

6        A    He gives the assignment and they carry out the

7    plan.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 172

    4          Q     Okay.   So in this particular -- set aside

    5    Captain Hancock, because he command -- he's part of the

    6    command staff, right?

    7          A     Correct.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 193

17      **Q**    **And where were the officers when you arrived on**

18  **scene at this point?**

19      A    Most of them were up by the door.

20      **Q**    **The door of the Wirth residence?**

21      A    Yes.

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 194

```
 5        Q    Did you stay in your vehicle at that point in

 6   time?

 7        A    Yes.

 8        Q    And I know that the shooting occurred, but

 9   prior to the shooting actually happening, did you stay in

10   your vehicle?

11        A    Yes.

12        Q    Okay.  Why is that?

13        A    I was just listening.
```

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 199

24    Q    Did you assume tactical command by being the

25    most senior officer that appeared on scene?

Wegener and PCSO, Exhibit D

Page 200

1     A     No.

2     Q     Okay.   Why do you say no?

3     A     I never took command from Captain Hancock.

4     Q     Okay.   So the person still in charge of this

5     entire operation was Captain Hancock?

6     A     Correct.

7     Q     Even with you being present on scene, it was

8     still -- Captain Hancock was still tactical command?

9     A     Correct.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 204

```
10      Q    All right.  But it looked to you because -- how

11  far away were you from the residence while you were in

12  your car?

13      A    I want to say 50, 75 yards.

14      Q    Okay.  So you had had -- you were far enough

15  away that you didn't actually have a clear picture as to

16  who were the actual officers that were lined up in this

17  conga line; is that right?

18      A    Correct.
```

Wegener and PCSO, Exhibit D

FREDRICK WILLIAM WEGENER, III - 6/8/2017
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 228

```
 6      Q    Okay.  When did you come on Ops 5, then?

 7      A    When I got there.  I mean, I listened a little

 8  bit, but I didn't switch over to Ops 5 until I actually

 9  got back to the scene.

10      Q    Okay.  Fair enough.  So when you got to -- when

11  you went on Ops 5, did you hear -- this is where I'm

12  confused.  Did you hear the exchange between the officers

13  and Mr. Wirth before he went into the home?

14      A    No.

15      Q    Did you hear the exchange of the officers and

16  Mr. Wirth while he was in the home?

17      A    Oh, no.  No.

18      Q    I thought at some point you said you heard them

19  say, Come out with your hands up.

20      A    That's what they were yelling on the -- when

21  they yelled before they breached the door.

22      Q    Oh, okay.  So you --

23      A    I don't know if Mr. Wirth acknowledged or not.

24      Q    Okay.  Fair enough.  So you don't know what

25  conversation the -- Captain Hancock or any of the other
```

Wegener and PCSO, Exhibit D

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 229

1    deputies had with Mr. Wirth prior to breaching the

2    residence other than come out with your hands up; is that

3    right?

4         A    That's correct.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 239

17    Q    So in this particular case, I guess the ranking

18  officer was Captain Hancock, right?

19       A    Correct.

20       Q    And he was the officer in command?

21       A    Correct.

22       Q    And you did not relieve him of that position,

23  correct?

24       A    Correct.

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 315

```
14        Q    So Mr. Martin was actually a team leader of

15   your SWAT team, correct?

16        A    Correct.
```