DISPATCH RECORDINGS

FEBRUARY 24, 2016

IN RE MARTIN WIRTH

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1824

Wegener and PCSO, Exhibit F

6

1         UNIDENTIFIED SPEAKER: Just getting set up in a
2 really good spot here right now.
3         UNIDENTIFIED SPEAKER: Thanks. Keep me posted.
4        **02-24-16 09.21.22AM Radio (800 Mhz Radio 2).wav**
5         UNIDENTIFIED SPEAKER: February 24, 2016, 9:21:22
6 a.m.
7         UNIDENTIFIED SPEAKER: Man 3, Ida 4.
8         UNIDENTIFIED SPEAKER: Go ahead.
9         UNIDENTIFIED SPEAKER: Definitely has smoke coming
10 out of the chimney. Looks like somebody's done some shoveling
11 in the driveway and there's an old set of tracks coming in or
12 out. I don't see any vehicle at this point.
13         UNIDENTIFIED SPEAKER: Copy. It's usually in the
14 barn thing out back. Can you see that?
15         UNIDENTIFIED SPEAKER: Yeah, I can't get a good
16 angle on that. I had the (indiscernible) from the house at --
17 on the corner of Pine there. I had to walk up into the woods
18 to actually even see it so --
19         UNIDENTIFIED SPEAKER: Copy. I'll head over there.
20       **02-24-16 09.22.18AM Radio (800 Mhz Radio 2).wav**
21         UNIDENTIFIED SPEAKER: February 24, 2016, 9:22:18
22 a.m.
23         UNIDENTIFIED SPEAKER: The upper deck has been
24 shoveled also.
25       **02-24-16 09.26.58AM Radio (800 Mhz Radio 1).wav**

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1829

Wegener and PCSO, Exhibit F

```
 1              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:26:58
 2   a.m.
 3              UNIDENTIFIED SPEAKER:   Fairplay Command 2.
 4              DISPATCHER:   (Indiscernible).
 5              UNIDENTIFIED SPEAKER:   (Indiscernible) from the
 6   office and I'll be on a call.
 7              DISPATCHER:   9:27.
 8              UNIDENTIFIED SPEAKER:   Fairplay Command 1.
 9              DISPATCHER:   Command 1.
10              UNIDENTIFIED SPEAKER:   Be out of the county,
11   switching over to PC-1.
12              DISPATCHER:   9:27.
13         02-24-16 09.29.22AM Radio (800 Mhz Radio 2).wav
14              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:29:22
15   a.m.
16              UNIDENTIFIED SPEAKER:   Yeah, the truck is definitely
17   in the garage.
18              UNIDENTIFIED SPEAKER:   Copy.
19         02-24-16 09.31.10AM Radio (800 Mhz Radio 2).wav
20              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:31:10
21   a.m.
22              UNIDENTIFIED SPEAKER:   I saw an extension cord
23   running from the house to the camper out in the driveway.
24              UNIDENTIFIED SPEAKER:   Yeah, thanks.  You back guys
25   check that camper.
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1830

Wegener and PCSO, Exhibit F

```
 1              UNIDENTIFIED SPEAKER:   Copy.
 2              UNIDENTIFIED SPEAKER:   Are you ready to head on out?
 3              UNIDENTIFIED SPEAKER:   Yeah, let's go.
 4              UNIDENTIFIED SPEAKER:   DJ, you need to go with the
 5   front three cars.  Is medical ready to go?
 6         02-24-16 09.32.06AM Radio (800 Mhz Radio 2).wav
 7              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:32:06
 8   a.m.
 9              UNIDENTIFIED SPEAKER:   DJ, you need to get up here.
10         02-24-16 09.33.52AM Radio (800 Mhz Radio 2).wav
11              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:33:52
12   a.m.
13              UNIDENTIFIED SPEAKER:   All right, guys, we're
14   recording outside.  Watch your language.
15              UNIDENTIFIED SPEAKER:   DJ, you're going to have to
16   catch up with them.
17         02-24-16 09.34.05AM Radio (800 Mhz Radio 2).wav
18              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:34:05
19   a.m.
20              UNIDENTIFIED SPEAKER:   Okay.
21         02-24-16 09.35.00AM Radio (800 Mhz Radio 2).wav
22              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:35:00
23   a.m.
24              UNIDENTIFIED SPEAKER:   Hey, let's let medical by.
25         02-24-16 09.36.03AM Radio (800 Mhz Radio 2).wav
```

CARRIGAN 1831

Wegener and PCSO, Exhibit F

| | |
|---|---|
| 1 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:36:03 |
| 2 | a.m. |
| 3 | UNIDENTIFIED SPEAKER:  All right.  Nate and I are |
| 4 | staged so we're just waiting on you guys. |
| 5 | UNIDENTIFIED SPEAKER:  Copy.  We're making the loop |
| 6 | around.  We'll park, take the hike. |
| 7 | **02-24-16 09.38.16AM Radio (800 Mhz Radio 1).wav** |
| 8 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:38:16 |
| 9 | a.m. |
| 10 | UNIDENTIFIED SPEAKER:  (Indiscernible) |
| 11 | DISPATCHER:  (Indiscernible). |
| 12 | UNIDENTIFIED SPEAKER:  (Indiscernible) Street is |
| 13 | second, unknown plate, possibly Missouri, Charley George Six |
| 14 | George Four John on a red RAV4. |
| 15 | DISPATCHER:  10:30. |
| 16 | **02-24-16 09.38.51AM Radio (800 Mhz Radio 2).wav** |
| 17 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:38:51 |
| 18 | a.m. |
| 19 | UNIDENTIFIED SPEAKER:  Mark, do you have bolt |
| 20 | cutters with you? |
| 21 | UNIDENTIFIED SPEAKER:  I don't. |
| 22 | UNIDENTIFIED SPEAKER:  (Indiscernible). |
| 23 | UNIDENTIFIED SPEAKER:  (Indiscernible).  I've got a |
| 24 | small pair in my car if we need it. |
| 25 | UNIDENTIFIED SPEAKER:  (Indiscernible). |

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1832

Wegener and PCSO, Exhibit F

```
 1              UNIDENTIFIED SPEAKER:  You guys let us know when you
 2   get in position.
 3        02-24-16 09.39.42AM Radio (800 Mhz Radio 2).wav
 4              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:39:42
 5   a.m.
 6              UNIDENTIFIED SPEAKER:  Yeah, so Nate are up front
 7   but we're falling back to mine if it gets bad.
 8              UNIDENTIFIED SPEAKER:  (Indiscernible) or just
 9   deploy right now.  We're going to start hitting through the
10   trees in a minute.
11              UNIDENTIFIED SPEAKER:  Copy.  Just let me know when
12   you're in place.
13        02-24-16 09.39.43AM Position (Position 1 Handset).wav
14              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:39:43
15   a.m.
16              DISPATCHER:  Okay (Indiscernible), you're --
17              UNIDENTIFIED SPEAKER:  It's (indiscernible).
18              UNIDENTIFIED SPEAKER:  I'm on OPS-5 and I'm kind of
19   in that area.
20              DISPATCHER:  Okay.
21              UNIDENTIFIED SPEAKER:  (Indiscernible).
22              DISPATCHER:  If anything goes on.  Are you there?
23        02-24-16 09.40.08AM Radio (800 Mhz Radio 1).wav
24              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:40:08
25   a.m.
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1833

Wegener and PCSO, Exhibit F

| | |
|---|---|
| 1 | UNIDENTIFIED SPEAKER:  Are you there, Sheriff? |
| 2 | **02-24-16 09.40.13AM Radio (800 Mhz Radio 2).wav** |
| 3 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:40:13 |
| 4 | a.m. |
| 5 | UNIDENTIFIED SPEAKER:  Hey (indiscernible). |
| 6 | UNIDENTIFIED SPEAKER:  Go ahead. |
| 7 | UNIDENTIFIED SPEAKER:  Where you at? |
| 8 | UNIDENTIFIED SPEAKER:  I'm across the road up on the |
| 9 | hill there (indiscernible). |
| 10 | UNIDENTIFIED SPEAKER:  Okay.  I got you.  I know. |
| 11 | Eyesight on that trailer to the rear. |
| 12 | UNIDENTIFIED SPEAKER:  I don't see anything from |
| 13 | here.  No movement anywhere. |
| 14 | UNIDENTIFIED SPEAKER:  (Indiscernible). |
| 15 | **02-24-16 09.41.07AM Radio (800 Mhz Radio 2).wav** |
| 16 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:41:07 |
| 17 | a.m. |
| 18 | UNIDENTIFIED SPEAKER:  Hey, (Indiscernible), we're |
| 19 | starting to move towards the residence. |
| 20 | UNIDENTIFIED SPEAKER:  Go ahead. |
| 21 | UNIDENTIFIED SPEAKER:  We're moving through the |
| 22 | trees right now heading towards the residence. |
| 23 | UNIDENTIFIED SPEAKER:  All right.  We're just about |
| 24 | ready to roll. |
| 25 | **02-24-16 09.43.14AM Radio (800 Mhz Radio 2).wav** |

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1834

Wegener and PCSO, Exhibit F

12

```
 1              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:43:14
 2   a.m.
 3              UNIDENTIFIED SPEAKER:   Mark (indiscernible).
 4              UNIDENTIFIED SPEAKER:   (Indiscernible).
 5              UNIDENTIFIED SPEAKER:   We're about 25 yards from the
 6   four corner.
 7              UNIDENTIFIED SPEAKER:   Copy.
 8              UNIDENTIFIED SPEAKER:   You ready to meet?
 9              UNIDENTIFIED SPEAKER:   Yeah.
10              UNIDENTIFIED SPEAKER:   Jeremy, you (indiscernible).
11              UNIDENTIFIED SPEAKER:   Yeah, we got eyes on the back
12   door.  We're at the four corner.
13         02-24-16 09.43.18AM Radio (800 Mhz Radio 1).wav
14              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:43:18
15   a.m.
16              UNIDENTIFIED SPEAKER:   (Indiscernible) four Ida One.
17         02-24-16 09.43.30AM Radio (800 Mhz Radio 1).wav
18              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:43:30
19   a.m.
20              UNIDENTIFIED SPEAKER:   Ida Four Ida One.
21         02-24-16 09.43.42AM Radio (800 Mhz Radio 1).wav
22              UNIDENTIFIED SPEAKER:   February 24, 2016, 9:43:42
23   a.m.
24              UNIDENTIFIED SPEAKER:   I can make contact
25   (indiscernible).
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1835

Wegener and PCSO, Exhibit F

13

| | |
|---|---|
| 1 | **02-24-16 09.43.52AM Radio (800 Mhz Radio 1).wav** |
| 2 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:43:52 |
| 3 | a.m. |
| 4 | UNIDENTIFIED SPEAKER:  Ida One Ida Three. |
| 5 | UNIDENTIFIED SPEAKER:  Go ahead. |
| 6 | UNIDENTIFIED SPEAKER:  Yeah, you want me to have him |
| 7 | give you a call? |
| 8 | UNIDENTIFIED SPEAKER:  Yes, please.  It is |
| 9 | convenient. |
| 10 | UNIDENTIFIED SPEAKER:  (Indiscernible). |
| 11 | **02-24-16 09.43.53AM Radio (800 Mhz Radio 2).wav** |
| 12 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:43:53 |
| 13 | a.m. |
| 14 | UNIDENTIFIED SPEAKER:  (Indiscernible).  We're |
| 15 | rolling. |
| 16 | **02-24-16 09.44.06AM Radio (800 Mhz Radio 2).wav** |
| 17 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:44:06 |
| 18 | a.m. |
| 19 | UNIDENTIFIED SPEAKER:  Coming up on the driveway. |
| 20 | **02-24-16 09.44.15AM Radio (800 Mhz Radio 2).wav** |
| 21 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:44:15 |
| 22 | a.m. |
| 23 | UNIDENTIFIED SPEAKER:  Turning into the driveway. |
| 24 | **02-24-16 09.44.37AM Radio (800 Mhz Radio 2).wav** |
| 25 | UNIDENTIFIED SPEAKER:  February 24, 2016, 9:44:37 |

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1836

Wegener and PCSO, Exhibit F

```
 1   a.m.
 2           UNIDENTIFIED SPEAKER:  Deploying now.
 3       02-24-16 09.44.39AM Radio (800 Mhz Radio 1).wav
 4           UNIDENTIFIED SPEAKER:  February 24, 2016, 9:44:39
 5   a.m.
 6           UNIDENTIFIED SPEAKER:  (Indiscernible) copy North
 7   Carolina (indiscernible).
 8           DISPATCHER:  (Indiscernible) Nine (indiscernible)
 9   Charles Short X George Four John out of Missouri. Go ahead.
10           UNIDENTIFIED SPEAKER:  (Indiscernible) Charles Henry
11   Edward Adam Tom Henry Adam Mary, first David, middle James,
12   date of birth 3/10 of '90, break for North Carolina.
13           DISPATCHER:  Okay.
14           UNIDENTIFIED SPEAKER:  39400283.
15       02-24-16 09.45.14AM Radio (800 Mhz Radio 2).wav
16           UNIDENTIFIED SPEAKER:  February 24, 2016, 9:45:14
17   a.m.
18           UNIDENTIFIED SPEAKER:  Movement 182.
19           UNIDENTIFIED SPEAKER:  Front porch.
20           UNIDENTIFIED SPEAKER:  Male party on the deck.
21       02-24-16 09.45.37AM Radio (800 Mhz Radio 2).wav
22           UNIDENTIFIED SPEAKER:  February 24, 2016, 9:45:37
23   a.m.
24           UNIDENTIFIED SPEAKER:  (Indiscernible).
25           UNIDENTIFIED SPEAKER:  Subject's going back in the
```

CARRIGAN 1837

Wegener and PCSO, Exhibit F

15

```
 1   house.  1-A.
 2           02-24-16 09.45.53AM Radio (800 Mhz Radio 2).wav
 3           UNIDENTIFIED SPEAKER:   February 24, 2016, 9:45:53
 4   a.m.
 5           UNIDENTIFIED SPEAKER:   (Indiscernible).  You guys
 6   move up.
 7           UNIDENTIFIED SPEAKER:   Moving up.
 8           02-24-16 09.46.08AM Radio (800 Mhz Radio 2).wav
 9           UNIDENTIFIED SPEAKER:   February 24, 2016, 9:46:08
10   a.m.
11           UNIDENTIFIED SPEAKER:   Get up here, get up here.
12           02-24-16 09.46.20AM Radio (800 Mhz Radio 2).wav
13           UNIDENTIFIED SPEAKER:   February 24, 2016, 9:46:20
14   a.m.
15           UNIDENTIFIED SPEAKER:   Dave, if you can come up to
16   the driveway, they'd much appreciate it.
17           UNIDENTIFIED SPEAKER:   Copy.
18           02-24-16 09.46.47AM Radio (800 Mhz Radio 2).wav
19           UNIDENTIFIED SPEAKER:   February 24, 2016, 9:46:47
20   a.m.
21           UNIDENTIFIED SPEAKER:   Command One coming up the
22   drive.
23           U02-24-16 09.47.00AM Radio (800 Mhz Radio 2).wav
24           UNIDENTIFIED SPEAKER:   February 24, 2016, 9:47:00
25   a.m.
```

CARRIGAN 1838

Wegener and PCSO, Exhibit F

```
 1              UNIDENTIFIED SPEAKER:  He saw us from the upper
 2  deck, talked to us and then went back inside.
 3          02-24-16 09.47.14AM Radio (800 Mhz Radio 2).wav
 4              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:14
 5  a.m.
 6              UNIDENTIFIED SPEAKER:  Sheriff, I'm going to go.
 7              UNIDENTIFIED SPEAKER:  You guys are going to go up
 8  to the door?
 9              UNIDENTIFIED SPEAKER:  I'm going through the door.
10          02-24-16 09.47.36AM Radio (800 Mhz Radio 2).wav
11              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:36
12  a.m.
13              UNIDENTIFIED SPEAKER:  DJ, Kolby, where you at?
14          02-24-16 09.47.47AM Radio (800 Mhz Radio 2).wav
15              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:47:47
16  a.m.
17              UNIDENTIFIED SPEAKER:  DJ, I'm on the D side of the
18  house.
19              UNIDENTIFIED SPEAKER:  Okay, Sheriff, we're giving
20  too much time.  I need to --
21          02-24-16 09.48.05AM Radio (800 Mhz Radio 2).wav
22              UNIDENTIFIED SPEAKER:  February 24, 2016, 9:48:05
23  a.m.
24              UNIDENTIFIED SPEAKER:  Okay.  See if you can get
25  him, get his attention at the door.
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1839

Wegener and PCSO, Exhibit F

17

```
 1            UNIDENTIFIED SPEAKER:  I'm going to try that.  He's
 2   not coming.
 3         02-24-16 09.48.29AM Radio (800 Mhz Radio 2).wav
 4            UNIDENTIFIED SPEAKER:   February 24, 2016, 9:48:29
 5   a.m.
 6            UNIDENTIFIED SPEAKER:   (Indiscernible), come up
 7   here.
 8         02-24-16 09.48.42AM Radio (800 Mhz Radio 2).wav
 9            UNIDENTIFIED SPEAKER:   February 24, 2016, 9:48:42
10   a.m.
11            UNIDENTIFIED SPEAKER:   We're going to go through the
12   door.
13            UNIDENTIFIED SPEAKER:   Copy, breaching the door.
14            UNIDENTIFIED SPEAKER:   Ida Four in the driveway.
15         02-24-16 09.49.04AM Radio (800 Mhz Radio 2).wav
16            UNIDENTIFIED SPEAKER:   February 24, 2016, 9:49:04
17   a.m.
18            UNIDENTIFIED SPEAKER:   Shots fired, shots fired.
19   Medical, come up to the drive.  Medical, come up to the drive.
20   Officer down; officer down.
21            02-24-16 09.49.16AM Radio (PC Fire).wav
22            UNIDENTIFIED SPEAKER:   February 24, 2016, 9:49:16
23   a.m.
24            UNIDENTIFIED SPEAKER:   (Indiscernible) Black Canyon
25   Fire.  Please launch a helicopter, Station 2.
```

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 – 16th Street, Suite 600
Denver, CO 80202
Tel: 303-296-0017

CARRIGAN 1840

Wegener and PCSO, Exhibit F