IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN, MELISSA CARRIGAN,
KOLBY MARTIN, and TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his
official and individual capacity,
and MARK HANCOCK, in his official
and individual capacity,

Defendants.

---

DEPOSITION OF:  MELISSA CARRIGAN - February 16, 2018

---

PURSUANT TO NOTICE, the deposition of MELISSA CARRIGAN was taken on behalf of the Defendant Mark Hancock at 501 South Cherry Street, Suite 920, Denver, Colorado 80246, on February 16, 2018, at 9:08 a.m., before Darcy Curtis, Registered Professional Reporter and Notary Public within Colorado.

Wegener and PCSO, Exhibit G

**MELISSA CARRIGAN - 2/16/2018**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 69

```
24        Q.    (BY MR. GOLDFARB)    Do you agree with that
25   statement, that there are inherent dangers present in
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

Wegener and PCSO, Exhibit G

**MELISSA CARRIGAN - 2/16/2018**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 70

1  working in law enforcement?

2       A.   Yes.

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

Wegener and PCSO, Exhibit G

Case No. 1:16-cv-03079-MSK-NRN   Document 55-7   filed 03/23/18   USDC Colorado   pg 4 of 4

MELISSA CARRIGAN - 2/16/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 151

```
15        Q.   Okay.  I'm asking you to take yourself
16   back to end of the year 2015.  There's no doubt in
17   your mind you knew Sheriff Wegener had warm and strong
18   feelings for your son, correct?
19        A.   Yeah.
20        Q.   And he wouldn't intend to place your son
21   in a situation intentionally or purposefully to have
22   him injured?
23             MR. MANDELARIS:  Object to form.
24        A.   I don't believe it was intentional, no.
```