IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
MELISSA CARRIGAN, as Personal Representative
of the Estate of Nate Carrigan,
KOLBY MARTIN, and
TRAVIS THRELKEL

     Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity

     Defendant.

---

### NOTICE OF ERRATA RE:
### DEFENDANTS PARK COUNTY SHERIFF'S OFFICE AND SHERIFF FRED WEGENER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

---

The Park County Sheriff's Office ("PCSO") and Sheriff Fred Wegener (collectively, "Defendants") by and through counsel, Timothy P. Schimberg, of Fowler, Schimberg, Flanagan & McLetchie, P.C., give notice of errata concerning these Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, as follows:

     1.    Due to oversights in compiling the excerpts of deposition transcripts cited in Defendants' Motion, certain cited portions—referenced on pages 5, 17, 23, and 28 of Defendants' Motion—were inadvertently omitted from Defendants' exhibits. The portions that were inadvertently omitted are attached hereto.

1

2. Certain references to Defendants PCSO and Wegener's Summary of Facts ("SOF") cite the incorrect paragraph, as a result of scrivener's errors. The correct paragraph citations are set forth below. These corrections are also noted, using the format prescribed in D.C.COLO.LCivR 15.1, in Defendants' "Corrected" Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, which is attached hereto as an Exhibit. No changes to the Motion have been made except the corrections that are set forth below and in paragraph 3 of this Notice. Defendants will refile the Motion if it would aid the Court.

    (a.) <u>Page 12:</u>
- Reads: Def. SOF ¶ 11.
  Change: *Id.*

- Reads: Def. SOF ¶ 14.
  Change: Def. SOF ¶ 13.

- Reads: *See* SOF ¶¶ 11, 14;
  Change: *See* SOF ¶¶ 10, 13;

    (b.) <u>Page 27:</u>
- Reads: *See* Def. SOF ¶¶ 2, 4, 22-25.
  Change: *See* Def. SOF ¶¶ 2, 4, 21-25.

- Reads: Def. SOF ¶ 26;
  Change: Def. SOF ¶¶ 2, 4;

    (c.) <u>Page 29:</u>
- Reads: *See* Def. SOF ¶¶ 22-25.
  Change: *See* Def. SOF ¶¶ 21-25.

3. Correction or clarification is needed to three additional citations to the record, due to oversight and scrivener's errors. These corrections are noted, using the format prescribed in D.C.COLO.LCivR 15.1, in Defendants' "Corrected" Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56, which is attached hereto as an Exhibit. No changes to the Motion have been made except the corrections that are set forth below and in paragraph 2 of this Notice. Defendants will refile the Motion if it would aid the Court.

    (a.) <u>Page 5, ¶ 10:</u>
- Reads: **Ex. A**, 193:17-21.
  Change: **Ex. D**, 193:17-21.

(b.) Page 7, ¶ 18:
- Reads:   **Ex. F**, 17:11-18:18.
  Change:  **Ex. F**, 17:11-17:18.

(c.) Page 17:
- Reads:   *Id.* at 122:9-12; 122:23-123:3.
  Change:  Ex. D, 122:9-12; 122:23-123:3.

**DATED** this 29th day of March, 2018.

Respectfully Submitted,

*/s/ Timothy P. Schimberg*
Timothy P. Schimberg, Atty. No. 10686
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, Colorado  80203
Tel: 303-298-8603
Fax: 303-298-8748
t_schimberg@fsf-law.com
*Attorney for Defendants Park County Sheriff's Office and Sheriff Fred Wegener*

3

## CERTIFICATE OF SERVICE

   I hereby certify that on March 29th, 2018, I electronically filed the foregoing **NOTICE OF ERRATA <u>RE</u>: DEFENDANTS PARK COUNTY SHERIFF'S OFFICE AND SHERIFF FRED WEGENER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Reid J. Elkus | David J. Goldfarb, Esq. |
| Donald C. Sisson | Josh A. Marks, Esq. |
| Lucas Lorenz | Berg, Hill, Greenleaf & Ruscitti |
| ELKUS & SISSON, P.C. | 1712 Pearl Street |
| 501 S. Cherry Street, Suite 920 | Boulder, CO  80302 |
| Denver, Colorado 80246 | dgoldfarb@bhgrlaw.com |
| relkus@elkusandsisson.com | jam@bhgrlaw.com |
| dsisson@elkusandsisson.com | *Attorneys for Defendant Mark Hancock* |
| llorenz@elkusandsisson.com | |
| *Attorneys for Plaintiffs* | |

                 */s/ Eden R. Rolland*
                 Eden Rolland