Case No. 1:16-cv-03079-MSK-NRN   Document 56-4   filed 03/29/18   USDC Colorado   pg 1 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 212

13   Q. Okay.  And did you have an understanding
14 or did Mark explain why he did ask you all to come up
15 to the front?
16   A. No.
17   Q. Okay.  Did anybody ask?
18   A. No.

Case No. 1:16-cv-03079-MSK-NRN   Document 56-4   filed 03/29/18   USDC Colorado   pg 2 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 299

1        Q.   Is it fair to say that during the
2    briefing -- well, we can agree that a breach was
3    planned, correct?
4             MR. LORENZ:  Object to form and
5    foundation.
6        A.   Yes.
7        Q.   (BY MR. GOLDFARB)  All right.  At what
8    point during the briefing when you're in the briefing
9    room did you tell Mark Hancock I don't feel
10   comfortable entering Martin Wirth's home?
11       A.   I never said that.
12       Q.   At what point in that briefing room did
13   you tell Mark Hancock I don't feel comfortable with
14   our plan for breaching Martin Wirth's home?
15       A.   I didn't.
16       Q.   Did you ever raise with Mark Hancock,
17   during the briefing, tactically I think we should do
18   something different when it comes to if we have to
19   breach the house?
20       A.   No.

Case No. 1:16-cv-03079-MSK-NRN   Document 56-4   filed 03/29/18   USDC Colorado   pg 3 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 300

```
 7            Q.    (BY MR. GOLDFARB)  As you were leaving
 8     the briefing room and kitting up, did you go to Mark
 9     Hancock and say I don't feel comfortable with our plan
10     for interacting with Martin Wirth?
11            A.    No.
12            Q.    Did you tell him I don't feel comfortable
13     with the plan to breach the residence?
14            A.    No.
15            Q.    En route to the Platte Canyon Fire
16     Department, did you radio any member of the command
17     staff saying Mark Hancock has this plan to breach the
18     residence, I don't feel comfortable with that?
19            A.    No.
20            Q.    Did you radio any fellow deputies in
21     their cars saying what is going on here, we need to
22     put an end to this, we cannot enter this house?
23            A.    No.
24            Q.    When you arrived at Platte Canyon, do you
25     go up to Mark Hancock and say I don't want to enter
```

Case No. 1:16-cv-03079-MSK-NRN   Document 56-4   filed 03/29/18   USDC Colorado   pg 4 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 301

1   this house, I don't feel comfortable?

2        A.   No.

3        Q.   Did you say that you overheard that Ernie

4   was upset with Mark Hancock about SWAT versus patrol

5   and when he learned about the eviction process?

6        A.   Say that again.

7        Q.   Sure.  I wasn't clear what your testimony

8   was earlier today.  When Ernie gets involved in this

9   whole plan, he was upset.  That is what you viewed?

10       A.   He was upset because Captain Hancock knew

11  about it for a while.  And if you're planning

12  something this big -- obviously, he planned it.  There

13  was going to be multiple deputies.  He planned

14  paramedics were going to be there -- Ernie was upset

15  because he wasn't involved in the process of the

16  planning, because now Ernie has got to learn, fly on

17  the spot, what's happening or why we're doing it or

18  what we're doing when he could have been involved from

19  the beginning and been comfortable.

20       Q.   And my question is:  Did you overhear

21  Ernie express that to Mark?

22       A.   Yes.

23       Q.   At that point, after hearing Ernie make

24  that statement to Mark Hancock, did you say, Captain,

25  we need to take a step back, we don't need to do this

Case No. 1:16-cv-03079-MSK-NRN   Document 56-4   filed 03/29/18   USDC Colorado   pg 5 of 5
TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 302

1  right this minute, I don't feel comfortable with this
2  plan?
3         A.   No.
4         Q.   So that was yet another opportunity you
5  could have stepped in to voice your concerns, correct?
6              MR. LORENZ:   Object to form.
7         A.   Could have been.