## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN
TRAVIS THRELKEL

        Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

        Defendant.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT (DOC NOS. 54 AND 55)**
_____

Plaintiffs, by and through their undersigned counsel, move this court for an extension of time to file the responses to the Defendants' motions for summary judgment. In support of this Motion, Plaintiffs state as follows:

### Certificate of Compliance with D.C.COLO.LCivR 7.1(a)

Undersigned counsel conferred with Defense counsels regarding the requested relief herein. The Defendants do not oppose the requested relief.

### ARGUMENTS

1.      Defendants filed separate motions for summary judgment (Doc. Nos. 54 and 55) on March 23, 2018. Pursuant to D.C.COLO.LCivR 7.1(d), Plaintiffs' response deadlines are April

13, 2018. However, Plaintiffs request a twenty-one (21) day extension of time to file their response, which the Court has the discretion to allow. *See id.* This is the Plaintiffs' first request for an extension of time. *See* D.C.COLO.LCivR 6.1(b).

2. Pursuant to Chief District Judge Krieger's practice standards, this motion requires a showing of good cause. *See* Civ. Practice Standard 6.1(b). In this case, Messrs. Sisson and Elkus, Plaintiffs' counsels of record, had previously scheduled time out of the office over the Spring Break period with their families. That period was during the week of March 26, 2018. This resulted in unavoidable time compression in counsels' calendars and workflow. Because Defendants' motions raise complicated issues of law under 42 U.S.C. § 1983, specifically the state creation danger theory, the Plaintiffs request additional time to respond to the dispositive relief. In addition to the legal issues raised by the motions, the issues of fact that arise from the motions encompass thousands of pages of disclosure and discovery documents, as well as transcripts of the ten depositions that have been conducted in this case. Complicating the response deadline further is that each Defendant has filed separate summary judgment motions which are approximately 60 pages in total length. Finally, this Honorable Court set forth very specific practice standards regarding Motions for Summary Judgment and responses thereto; however, both Motions for Summary Judgment appear not to fully comply with this Court's practice standards.[1] To the extent the Defense deviated from this Court practice standard it complicates Plaintiffs' drafting of the responses.

3. The Plaintiffs need the additional time to fully examine each motion and respond to the facts and arguments set forth therein. As such, the Plaintiffs request a twenty-one (21) day extension of time to respond to the motions for summary judgment.

---

[1] Counsel for Defendant Wegner admits that he included a separate summary of facts section which is not pursuant to the Court's Civil Practice Standard.

WHEREFORE, Plaintiffs respectfully request that this Court Grant the relief sought herein through an extension of time for the reasons stated above.

Dated this 5th day of April, 2018

                ELKUS & SISSON, P.C.

                */s/Reid J. Elkus*
                Reid J. Elkus
                Donald C. Sisson
                Lucas Lorenz
                501 South Cherry Street, Suite 920
                Denver, CO 80246
                Telephone: (303) 567-7981
                Fax: (303) 431-3753
                relkus@elkusandsisson.com
                dsisson@elkusandsisson.com
                llorenz@elkusandsisson.com
                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2018, I electronically filed the foregoing **PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Timothy P. Schimberg
Fowler, Schimberg, Flanagan & McLetchie, P.C.
1640 Grant Street, Suite 300
Denver, CO 80203
*T_Schimberg@fsf-law.com*
*Attorney for Defendants*

David J. Goldfarb
Josh Marks
Berg Hill Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO 80302

*/s/ Alissa Creenan*_____
Alissa Creenan