## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. : 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN

       Plaintiff,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

       Defendant.

___

### PROPOSED ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT (DOC NOS. 54 AND 55)
___

       THE COURT, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Response to the Motions for Summary Judgement; hereby grants the Motion, allowing plaintiffs a twenty-one (21) day extension to file their response.

                                                                                    _____
                                                                        United States District Court Judge