3/22/2017 12:29:28PM

# PARK COUNTY SHERIFF`S OFFICE

ORI #: CO0470000

*STATUS: ACTIVE - APPROVED*

*OWNER: HANNING N 3682*

## OFFENSE REPORT 2016000052

| *Report Type* | *Report Date/Time* | *Reporting Officer* |
|---|---|---|
| **OFFENSE REPORT** | **01/20/2016** | **HANNING N 3682** |
| *Incident Type* | *Incident Date/Time* | *Originator (if different)* |
| **MISCELLANEOUS** | **01/20/2016 14:15:00** | **HANNING N 3682** |
| *Occurred From Date/Time* | *Occurred To Date/Time* | *Arresting Officer* |
| | | |

| *Location* | *Address* | *Beat* | *Location Grid: X Y* |
|---|---|---|---|
| **U.S. HIGHWAY 285 MP 226** | | | |

*Short Synopsis*

**JEFFCO ATTEMPTED TO CONTACT IN PARK COUNTY. SUSPECT ELUDED**

**JEFFCO REPORT # 16-1748**

## *Crimes*

| *Type* | *Section* | *Description* | *Committed By* | *Counts* | *UCR* | *NCIC* |
|---|---|---|---|---|---|---|
| **M** | **18-8-104** | **OBSTRUCTING A PEACE OFFICER** | **1.WIRTH, MARTIN T** | **1** | **90Z** | **4899** |
| **T** | **42-4-1413** | **ELUDING OR ATTEMPTING TO ELUDE A POLICE OFFICER** | | **1** | **5405** | **91A** |
| **T** | **42-4-1409** | **COMPULSORY INSURANCE - PENALTY - REPEAL** | | **1** | | |
| **M** | **42-2-138(1)(A)** | **(DENIED) DROVE MOTOR VEHICLE WHEN LICENSE UNDER RESTRAINT** | | **1** | | |

## *Involved Party*

| *Party #* | *Party Type* | *Party Name* | ☐ *Business* | *DOB* | *Age* |
|---|---|---|---|---|---|
| **1** | **INVOLVED PARTY** | **STALTER, STEVEN** | | | |

| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | *Address* | *City* | *State* | *Zip* | *Phone* |
|---|---|---|---|---|---|
| *Home Address* | | | | | |
| *Business Address* | **200 JEFFERSON COUNTY PARKWAY** | **GOLDEN** | **CO** | **80401** | **(303) 277-0211** |

*VICTIM INFO*
**[VICTIM TYPE] INDIVIDUAL**

| *Party #* | *Party Type* | *Party Name* | ☐ *Business* | *DOB* | *Age* |
|---|---|---|---|---|---|
| **2** | **INVOLVED PARTY** | **MACDONALD, GRANT** | | | |

| *Gender* | *Race* | *Hair* | *Eyes* | *Height* | *Weight* | *DL #* | *State* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | *Address* | *City* | *State* | *Zip* | *Phone* |
|---|---|---|---|---|---|
| *Home Address* | | | | | |
| *Business Address* | **200 JEFFERSON COUNTY PKWY** | **GOLDEN** | **CO** | **80401** | **(303) 277-0211** |

*VICTIM INFO*
**[VICTIM TYPE] INDIVIDUAL**

EXHIBIT 5

## Arrestees - Suspects - Offenders

| Person # | Person Type | Person Name | Date of Birth | Age |
|---|---|---|---|---|
| 1 | CITE/RELEASE | WIRTH, MARTIN T | 5/14/1957 | 58 |

| Sex | Race | Ethnicity | DL # | State |
|---|---|---|---|---|
| M | WHITE | NOT OF HISPANIC ORGIN | 922544026 | CO |

| Hair | Eyes | Height | Weight | SSN |
|---|---|---|---|---|
| BROWN | BROWN | 6'0'' | 200 | 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 |

| Home Address | City | State | Zip | Home Phone |
|---|---|---|---|---|
| 36 IRIS DR | BAILEY | CO | 80421 | (303) 816-1054 |

| Employer Name | Occupation |
|---|---|
| SELF EMPLOYED | PROGRAMMER |

| Business Address | City | State | Zip | Phone |
|---|---|---|---|---|
| | | | | (303) 816-1054 |

*CRIME COMMITTED*
[TYPE] M
[SECTION/SUBSECTION] 42-2-138(1)(A)
[DESCRIPTION] (DENIED) DROVE MOTOR VEHICLE WHEN LICENSE UNDER RESTRAINT
[STATUTE CODE / ID] STATE
[COUNTS] 1

*CRIME COMMITTED*
[TYPE] T
[SECTION/SUBSECTION] 42-4-1409
[DESCRIPTION] COMPULSORY INSURANCE - PENALTY - REPEAL
[STATUTE CODE / ID] STATE
[COUNTS] 1

*CRIME COMMITTED*
[TYPE] T
[SECTION/SUBSECTION] 42-4-1413
[DESCRIPTION] ELUDING OR ATTEMPTING TO ELUDE A POLICE OFFICER
[STATUTE CODE / ID] STATE
[COUNTS] 1

*CRIME COMMITTED*
[TYPE] M
[SECTION/SUBSECTION] 18-8-104
[DESCRIPTION] OBSTRUCTING A PEACE OFFICER
[STATUTE CODE / ID] STATE M2
[COUNTS] 1

## Vehicle Data

| NO. | Status | License Number | License State | Make/Model |
|---|---|---|---|---|
| 1 | LEFT AT SCENE | 801QFK | CO | FORD F-250 |

| Style | Color | Year | VIN | Assosiated To |
|---|---|---|---|---|
| PICKUP | WHITE | 1995 | 1FTHX26G0SKA53450 | |

| Owner | Owner's Home Address | City | State | Zip |
|---|---|---|---|---|
| WIRTH, MARTIN T | 36 IRIS DR | BAILEY | CO | 80421 |

| Home Phone | Vehicle Storage | Insured By | Insurance # |
|---|---|---|---|
| (303) 816-1054 | | | |

## Additional Case Data

| Case NO. | Title | Case Type | Court File Date |
|---|---|---|---|
| 2016000052 | | | |

| Case Group | OCA No. | Case Manager | Assign Date |
|---|---|---|---|
| | | HANNING, NICHOLAS A 3682 | 02/14/2016 13:53: |

| Crime Report No. | Lead Procecutor |
|---|---|
| | |

| Copies Sent To | Case Status | Clearance | Disposition |
|---|---|---|---|
| | ACTIVE | | |

| Reviewed By | Reviewd By Date |
|---|---|
| | |

| Consolidation File No. | Prosecutor | Further Action |
|---|---|---|
| | | |

## Narrative Data

| No. | Description | Author |
|---|---|---|
| | 2016000052 UOF | HANNING, NICHOLAS A |
| | 2016000052 N | HANNING, NICHOLAS A |

3/22/2017 12:29:28PM

# PARK COUNTY SHERIFF`S OFFICE

ORI #: CO0470000

*STATUS: ACTIVE - APPROVED* *OWNER: LEFFLER D 3686*

## SUPPLEMENTAL OFFENSE REPORT 2016000052.1

| *Report Type* | *Report Date/Time* | *Reporting Officer* | | |
|---|---|---|---|---|
| **OFFENSE REPORT** | **01/26/2016** | **LEFFLER D 3686** | | |
| *Incident Type* **MISCELLANEOUS** | *Incident Date/Time* **01/20/2016 14:15:00** | *Originator (if different)* **LEFFLER D 3686** | | |
| *Occurred From Date/Time* **01/20/2016 14:15:00** | *Occurred To Date/Time* **01/20/2016 16:00:00** | *Arresting Officer* **HANNING N 3682** | | |
| *Location* **36 IRIS** | *Address* | | *Beat* | *Location Grid: X Y* |
| *Short Synopsis* **AGENCY ASSIST WITH JEFFCO** | | | | |

## *Crimes*

| *Type* | *Section* | *Description* | *Committed By* | *Counts* | *UCR* | *NCIC* |
|---|---|---|---|---|---|---|
| **T** | **42-2-1011** | **DROVE VEHICLE WITHOUT A VALID DRIVERS LICENSE** | **1.WIRTH, MARTIN T** | **1** | | |
| **M** | **42-4-1409.5** | **FAIL TO PROVIDE PROOF OF INSURANCE** | | **1** | | |
| **T** | **42-4-1413** | **ELUDING OR ATTEMPTING TO ELUDE A POLICE OFFICER** | | **1** | **5405** | **91A** |

## *Arrestees - Suspects - Offenders*

| | | | | | |
|---|---|---|---|---|---|
| *Person #* **1** | *Person Type* **CITE/RELEASE** | *Person Name* **WIRTH, MARTIN T** | | *Date of Birth* **5/14/1957** | *Age* **58** |
| *Sex* **M** | *Race* **WHITE** | *Ethnicity* **NOT OF HISPANIC ORGIN** | | *DL #* **922544026** | *State* **CO** |
| *Hair* **BROWN** | *Eyes* **BROWN** | *Height* **6'0"** | *Weight* **200** | *SSN* **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** | |
| *Home Address* **36 IRIS DR** | *City* **BAILEY** | *State* **CO** | | *Zip* **80421** | *Home Phone* **(303) 816-1054** |
| *Employer Name* **SELF EMPLOYED** | | | | *Occupation* **PROGRAMMER** | |
| *Business Address* | *City* | *State* | | *Zip* | *Phone* **(303) 816-1054** |

*CRIME COMMITTED*
**[TYPE] T**
**[SECTION/SUBSECTION] 42-4-1413**
**[DESCRIPTION] ELUDING OR ATTEMPTING TO ELUDE A POLICE OFFICER**
**[STATUTE CODE / ID] STATE**
**[COUNTS] 1**

*CRIME COMMITTED*
**[TYPE] M**
**[SECTION/SUBSECTION] 42-4-1409.5**
**[DESCRIPTION] FAIL TO PROVIDE PROOF OF INSURANCE**
**[STATUTE CODE / ID] STATE**
**[COUNTS] 1**

*CRIME COMMITTED*
**[TYPE] T**
**[SECTION/SUBSECTION] 42-2-1011**
**[DESCRIPTION] DROVE VEHICLE WITHOUT A VALID DRIVERS LICENSE**
**[STATUTE CODE / ID] STATE**
**[COUNTS] 1**

EXHIBIT 5

## Modus Operandi

| |
|---|
| *CIRCUMSTANCE ADDITIONAL*<br>**UNABLE TO DETERMINE/NOT ENOUGH INFORMATION** |
| *CRIME*<br>**RURAL** |
| *LEVEL OF FORCE*<br>**FORCE** |

## Additional Case Data

| *Case NO.* | *Title* | *Case Type* | *Court File Date* |
|---|---|---|---|
| **2016000052.1** | | | |

| *Case Group* | *OCA No.* | *Case Manager* | *Assign Date* |
|---|---|---|---|
| | | **LEFFLER, DAVID G 3686** | **01/26/2016 11:56:** |

| *Crime Report No.* | *Lead Procecutor* |
|---|---|
| | |

| *Copies Sent To* | *Case Status* | *Clearance* | *Disposition* |
|---|---|---|---|
| | **ACTIVE** | | |

| *Reviewed By* | *Reviewd By Date* |
|---|---|
| | |

| *Consolidation File No.* | *Prosecutor* | *Further Action* |
|---|---|---|
| | | |

## Narrative Data

| *No.* | *Description* | *Author* |
|---|---|---|
| | **2016000052.1N** | **LEFFLER, DAVID G** |

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Obstructing a Peace Officer** | **Martin T. Wirth** | **2016000052** / **01/20/2016** |

On January 20th, 2016 at about 2:15 PM I was dispatched to the Loaf-n-Jug gas station at 173 Bulldogger Lane which is near Bailey in the County of Park, State of Colorado. I was told I the Jefferson County Sheriff's Office needed to meet me there for an attempt to locate.

I arrived at the Loaf-n-Jug and waited for a deputy from JCSO to arrive. Detective Leffler arrived and waited on scene with me. A few minutes later I heard a siren activate. I looked up to Park County Road 43A and saw a marked JCSO vehicle accelerate north on Park County Road 43A with its emergency lights active. Detective Leffler and I left the Loaf-n-Jug, activated our emergency lights and siren, and drove to catch up to the JCSO deputy, who was identified as Deputy Grant Macdonald.

We traveled north onto Park County Road 43, which is a 35 MPH zone, and then turned West onto Pine Drive which is a 25 MPH zone. When we turned onto Pine Drive I could see Deputy Macdonald chasing a white Ford pickup in the 200 block. At the time I was familiar enough with the Jefferson County Sheriff's Office pursuit policy to understand they did not pursue a vehicle unless the driver was wanted for a violent felony or had committed or was about to commit a violent felony. We got behind Deputy Macdonald, Detective Leffler informed dispatch we were in a pursuit. Our speeds were about 35-40 MPH. As we came the three way intersection at Pine Drive, North Pine Drive, and South Pine Drive, the suspect vehicle continued through the intersection and stop sign onto South Pine Drive without slowing down. We continued until we came to Iris Drive and turned south. The suspect vehicle then turned into the driveway of 36 Iris Drive and stopped halfway up the driveway.

I saw the Deputy Macdonald get out of his vehicle and point his pistol at the vehicle. I got out of my vehicle, un-holstered my pistol, and ran up to the passenger side of the Deputy Macdonald's vehicle with Detective Leffler. Deputy Macdonald was giving loud and clear commands for the suspect, **Martin T. Wirth (DOB: 05/14/1957)**, to show his hands and to get on the ground. I kept my pistol pointed in the direction of Wirth's vehicle and the house up the hill. I looked over and I could see Wirth standing outside of his door facing Deputy Macdonald. Wirth was dressed in a heavy brown jacket with the front unzipped. He had his arms down to his side and I could not see his hands because the truck was obscuring my vision of them.

After a few moments Wirth turned away from Deputy Macdonald and began to walk towards his house. As Wirth was walking away he was yelling at us but I do not remember what he was saying. Deputy Macdonald began to run after him. I holstered my pistol and ran up the hill along the passenger side of Wirth's vehicle. Once I got around the vehicle I could see Wirth did not have any weapons in his hands. As Deputy MacDonald came near Wirth, Wirth turned towards Deputy Macdonald. Deputy Macdonald grabbed Wirth by his right arm. Wirth pulled back and away from Deputy Macdonald, began screaming, and had his left hand clenched into a fist. I sprinted toward Wirth, wrapped both of my arms around his body and free arm, and tackled him to the ground. The force of the impact broke my sunglasses and caused a scrape on my forehead and right cheek. Wirth landed on his back.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Corporal N. Hanning #3682 | | Page **1** of **3** |

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Obstructing a Peace Officer** | **Martin T. Wirth** | **2016000052** / **01/20/2016** |

Once Wirth was on the ground Deputy Macdonald told us to roll him over. We rolled Wirth over his left side and onto his stomach. Wirth was still screaming at us and resisting. Deputy Macdonald kept giving Wirth commands to stop resisting. I grabbed Wirth's right arm and brought it behind his back. Wirth kept trying to muscle his arm away from me. I noticed the nails on his finger were about a half inch in length from the end of his fingertips which were capable of inflicting an injury. Wirth kept relaxing and clenching his fist as I was trying to manipulate his hand and arm. I also noticed a pocket knife in a pocket on Wirth's right leg. I asked Deputy Macdonald if he wanted me to use my Taser on Wirth and he said no.

I re-positioned myself around Wirth so my knee pinned his right shoulder down to gain leverage on his right arm and to maintain control over him. I never pushed his arm past a 90 degree angle. Deputy Macdonald and Detective Leffler secured Wirth's left arm in a handcuff then helped me secure his right arm in the other cuff. Once Wirth was in handcuffs Deputy Macdonald stood up to use his radio. I kept my knee lightly placed on Wirth's shoulder. After Wirth was in handcuffs he was on the ground for no more than 30 seconds before we assisted him up. Once we stood him up I heard a lady on Iris Drive yell "Marty are you ok?" Wirth yelled back by saying "No. They're illegally arresting me. Call the ACLU." The woman on the street walked away. Deputy Macdonald and I escorted Wirth to Deputy Macdonald's patrol vehicle. Wirth kept placing his feet out in front of him.

Once Deputy Macdonald cleared out his backseat we tried to get Wirth to sit in there but he refused and was yelling at us. I had to grab Wirth underneath his legs and lift them into the vehicle to get him seated. Wirth still refused to place his legs in the vehicle. Wirth then yelled at us by saying "You motherfuckers broke my teeth." We asked Wirth what he meant. Wirth exclaimed "You fucking broke my teeth" and then he opened his mouth. Wirth had three missing teeth on his bottom jaw. I did not see any blood. Wirth explained they were denture teeth. I asked Wirth to please place his feet inside of the vehicle. Wirth complied and then we shut the door.

Sergeant Steven Stalter with the Jefferson County Sheriff's Office arrived on scene and met with me, Deputy Macdonald, and Detective Leffler. Sergeant Stalter asked Deputy Macdonald what happened. Deputy Macdonald explained he was coming to ask Wirth about some statements he made at an insurance company. According to Deputy Macdonald he got a report Wirth attempted to get insurance for his vehicle. The insurance company refused to sell him insurance because he did not have a valid license. As Wirth was walking out he stated he was going to get a gun and "shoot the first cop he sees". Deputy Macdonald said as he was coming to meet us at the Loaf-n-Jug he saw Wirth driving in front of him on U.S. Highway 285 near Rolland Drive which is in Park County. Deputy Macdonald said he attempted to make a traffic stop because he knew Wirth did not have a valid license and was driving without insurance.

Sergeant Stalter asked if a use of force was involved. We told him there was. Sergeant Stalter asked if Wirth was injured and we told him we could not see any injuries and Wirth was saying he was missing teeth. Sergeant Stalter also asked if the Wirth eluded us or if he failed to yield to us. We recounted Wirth's driving actions to Sergeant Stalter. Sergeant Stalter said it sounded more like he failed to yield to us. I do not remember if I

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Corporal N. Hanning #3682 | | Page 2 of 3 |

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
| --- | --- | --- |
| **Obstructing a Peace Officer** | **Martin T. Wirth** | **2016000052** / **01/20/2016** |

agreed with him or not. Sergeant Stalter said he was going to talk to his Lieutenant to see what charges if any his Office was going to make.

Sergeant Stalter went to go speak with Wirth. After Sergeant Stalter spoke with Wirth I helped him look for any missing teeth in the snow where Wirth was handcuffed. We did not find any teeth. I noticed Sergeant Dave Wohlers was parked at the end of the driveway. Detective Leffler and I went to inform him what was going on. Sergeant Stalter came back and told us they would not be pursuing any charges against Wirth. Sergeant Wohlers told me to get started on a summons for Wirth.

I went to my vehicle to start filling out a summons. I looked up at Deputy Macdonald's vehicle and heard Detective Leffler tell me to start medical and then he patted his chest. I got on my radio and told dispatch to start medical for the suspect because of heart problems. I got out and went over to Wirth. Detective Leffler and I took Wirth out of handcuffs and tried to sit him down. Instead Wirth leaned forward and lowered himself to the ground and grabbed a leafless bush. Wirth said he didn't want any help. I stayed with Wirth while Detective Leffler went to speak with Sergeant Wohlers.

Deputy Macdonald came over to me and Wirth. Wirth began asking us to "shoot him in the head". Deputy Macdonald told Wirth that was not going to happen. Once the paramedics arrived on scene I left to go inform Sergeant Wohlers about Wirth's suicidal statements. Sergeant Wohlers said if medical will not take him then we will still release him on a summons. The paramedics medically cleared Wirth and then they left. I filled out a summons and went to serve it to Wirth who was still seated on the ground. I crouched down so I was eye level with Wirth and explained the summons to him. Wirth signed the summons promising to appear. Deputy Macdonald and I asked Wirth if he wanted help standing and he said "No. This is my environment" and then grabbed a handful of snow. We all cleared the scene once Wirth stood up. Wirth was given a summons for the following charges:

1) **C.R.S. 42-2-138 (1) (a), driving under restraint, a misdemeanor.**
2) **C.R.S. 42-4-1409 (1), compulsory insurance, a class 1 misdemeanor traffic offense.**
3) **C.R.S. 42-4-1413, eluding or attempting to elude a peace officer, a class 2 misdemeanor traffic offense.**
4) **C.R.S. 18-8-104 (1) (a), obstructing a peace officer, a class 2 misdemeanor.**

End of Report-Cleared by arrest/summons.

| Officer's Signature & Number | Supervisor's Initials & Date | |
| --- | --- | --- |
| Corporal N. Hanning #3682 | | Page 3 of 3 |

Rev. 6/98 Form: PCSO-N

PCSO 001004

EXHIBIT 5

# PARK COUNTY SHERIFF'S OFFICE
## USE OF NON-LETHAL FORCE

Case Number: **2016000052**

| | | | |
|---|---|---|---|
| Nature of Call: **Eluding/Agency Assist** | | Date of Incident: **01/20/2016** | Time of Incident: **2:15 PM** |
| Subject's Name: **Martin T. Wirth** | Race: **W** | Sex: **M** | DOB: **05/14/1957** |

Reason for Force:

| | | | | | |
|---|---|---|---|---|---|
| X | Necessary to effect arrest | X | Necessary to defend officer | | To prevent violent felony |
| | Necessary to defend another | | To restrain for subject's safety | | Other |

| Was subject injured? | Was subject rendered unconscious? | Where was subject treated? | Attending Physician: |
|---|---|---|---|
| Yes [ ] No [X] | Yes [ ] No [X] | **Paramedics Responded** | |

At time of arrest was subject:

| | | | |
|---|---|---|---|
| | Under the influence of alcohol | | Under the influence of a chemical drug |
| | Suspected under the influence of alcohol | | Suspected under the influence of a chemical drug |

**Level of Resistance** — Number of subjects that resisted: — Number of officers present:

| | |
|---|---|
| X | Psychological Intimidation: **Screaming anti-government jargon** |
| | Verbal Threats: |
| X | Passive Resistance: **Attempted to walk away** |
| X | Defensive: **Pulled away from deputy and had clenched fists** |
| | Active Aggression: |
| | Aggravated Active Aggression: |

**Level of Control Effected**

| | |
|---|---|
| | VERBAL DIRECTION |
| | EMPTY HAND CONTROL: |
| X | Muscling Techniques: **Bent arm right behind back 90 degrees or less in order to restrain with handcuffs.** |
| | Joint Locks: |
| | Pressure Points: (Location) |
| X | Hand Strike: (Location) **Suspect tackled** |
| | Leg / Foot Strike: (Location) |
| | Neck Restraint (Level Used) |
| | INTERMEDIATE WEAPONS: |
| | Chemical Agent: (Type) |
| | Electrical Control Tool: |
| | Impact Weapon: Location of Strike: |

Comments: **See Report. Suspect was tackled to the ground. Suspect claimed missing denture teeth. Suspect had 3 missing teeth but unknown if the teeth were missing before incident.**

Officer's Assignment:

| | | | |
|---|---|---|---|
| X | Uniform Patrol | X | Assisting Another Officer / Agency |
| | Patrol Supervisor | | Special Response Team |
| | Investigator | | Other |

| Officer's Signature and Number | Supervisor's Int. and Rank | Date | Time |
|---|---|---|---|
| CORPORAL N. HANNING #3682 | | | |

USE OF NON-LETHAL FORCE

Rev: 01/04 Form: PCSO-UF

# PARK COUNTY SHERIFF'S OFFICE

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Obstructing a Peace Officer** | **Wirth, Martin T** | **2016000052.1** / **1/20/2016** |

On January 20, 2016 I was at the loaf-n-jug in Bailey, County of Park, State of Colorado making phone calls and speaking with Deputy Hanning who was there to meet a Jefferson County Sheriff Officer for an agency assist. The Jefferson County Sheriff Deputy was later identified as:

**I/P Macdonald, Grant**
**Jefferson County Sheriff Office**

After hanging up the phone I heard sirens coming from U.S. Hwy 285 and Park County Road 43A. I turned to see a Jefferson County Sheriff Office marked pickup with emergency red and blue lights on, following a white Ford pickup. The Ford was traveling west bound onto Park County Road 43A. It is and was at that time my understanding that Jefferson County's pursuit policy only allows pursuit for a driver wanted for a violent felony, just committed a felony, or was about to commit a felony. I activated my emergency red and blue lights along with my siren and followed behind the Jefferson County Sheriff Office vehicle while informing Park County Communications that I was behind the Jefferson County Sheriff Office vehicle. I called out our location and description of the Ford to communications as required. The white Ford pickup was later identified as:

**1995 Ford F150**
**White in Color**
**License # 801QFK**

We followed the Ford pickup at 35-40 MPH, turning left onto Pine Drive from Park County Road 43A. We continued to follow the Ford pickup onto South Pine Drive where it failed to stop at the three way stop sign which was located at Pine Drive, North Pine and South Pine. The Ford continued on South Pine until it reached Iris Drive where it made a left turn, and then an immediate right turn into the address of 36 Iris Drive. The Jefferson County Sheriff Office vehicle, myself and Deputy Hanning followed the Ford into the drive way where it stopped about half way up the drive way. I observed Deputy Macdonald exit his patrol vehicle and place the driver of the white pickup at gun point. I exited my unmarked patrol car and went around to the passenger side of the Jefferson County patrol car where I observed and heard Deputy Macdonald giving the driver loud verbal commands to show his hands and get on the ground. Several seconds later, the driver, ignoring Deputy Macdonald's commands turned and started walking away toward the house at the end of the driveway. The driver was later identified as:

**S/ Wirth, Martin T (5/14/1957)**

I observed Deputy Macdonald holster his firearm and run to Wirth, grabbing his arm. Wirth tried to pull away, was screaming, and clenching his fists as he tried to continue toward the home. I then observed Deputy Hanning run toward Wirth who was struggling with Deputy Macdonald. When Deputy Hanning made contact, wrapping his arms around Wirth's free arm and body, all three fell to the ground, Wirth landing on his back. I did not engage Wirth at that time as I felt Deputy Macdonald and Deputy Hanning were in control of the situation. While all three were on the ground I observed Wirth turn over onto his stomach, tucking his arms under his

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| D. Leffler #3686 | | Page _1___ of_____ |

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| | | 2016000052.1 |
| **Obstructing a Peace Officer** | **Wirth, Martin T** | **1/20/2016** |

body. I then observed Wirth continue to struggle as both Deputies tried to get Wirth's hands behind his back. During the struggle with Deputy Macdonald and Deputy Hanning I observed a knife in Wirth's right pocket. I then assisted both Deputies by removing the knife from Wirth's pocket. Deputy Macdonald was then able to get Wirth's left arm behind his back where I also assisted by holding onto Wirth's left hand until Deputy Hanning was able to get Wirth's right hand from under his body and behind his back. Deputy Macdonald with the assistance of Deputy Hanning and myself placed Wirth into handcuffs.

Deputy Macdonald stood up to use his radio then assisted Deputy Hanning in helping Wirth to his feet. Once on his feet Wirth started yelling to a female who was on Iris Drive telling her to call the ACLU, stating "They're arresting me illegally." Deputy Hanning and Deputy Macdonald assisted Wirth to Macdonald's vehicle while Wirth was stiff legged and refusing to walk by placing his stiff legs in front of him.

When Deputy's Macdonald and Hanning got Wirth to the patrol car, Deputy Macdonald cleared a spot on the seat and asked Wirth to get in by sitting then pulling his legs in. Wirth who was still yelling refused to pull his feet into the patrol car after partially sitting. Deputy Hanning assisted Wirth by grabbing Wirth under his legs and lifting them into the patrol car, closing the door with Wirth inside.

Deputy Macdonald stated to me after getting Wirth into the vehicle that Wirth had made the statement that his teeth were broken. I told Deputy Macdonald that he needed to check on Wirth and verify that there were really teeth missing as I had not observed any blood coming from Wirth's mouth when Deputies helped Wirth up from the ground or while escorting him to the patrol car. After checking, Deputy Macdonald told me that Wirth was missing three teeth but did not have any blood coming from his mouth and did not have any injuries that he could see, or that Wirth may have, as Wirth only was complaining that his teeth were broken.

Deputy Macdonald contacted his supervisor who responded to the scene and was identified as Sergeant Steven Stalter. I explained to Sgt. Stalter the facts as I saw them and also explained that Martin may have lost some teeth. Sgt. Stalter and I went to the patrol vehicle to speak with Martin. When Sgt. Stalter asked Martin if he was ok or if he had any injuries, Martin stated that he was having chest pain. I asked Deputy Hanning to contact dispatch and ask to have medical respond to our location. While waiting for medical to respond Deputy Macdonald and Deputy Hanning unhand cuffed Martin who lowered himself to the ground.

Sgt. Wohlers arrived on scene where I met with him and explained the situation. Sgt. Wohlers asked if Deputy Macdonald was going to charge Martin with any crimes. Deputy Hanning explained Deputy Macdonald would not be charging Martin but he would be charging for the traffic offences and obstructing a peace officer.

While Deputy Hanning wrote his citation to Martin I cleared from the scene.

On January 26, 2016 I went to the Nancy Staub State Farm insurance office for a follow up and met with a female identified as:

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| D. Leffler #3686 | | Page _1___ of_____ |

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Obstructing a Peace Officer** | **Wirth, Martin T** | **2016000052.1** / **1/20/2016** |

**I/P** [redacted]

I asked Nicollette if she would give me a voluntary written statement regarding what had happened with Martin Wirth on Wednesday January 20, 2016.

Nicollette in her written statement (exhibit A), quoted Martin as saying "**He will just go home and get his gun and drive around and shoot the next cop he sees.**"

Later in the day after returning to the Bailey Substation I contacted Sgt. Connor and explained that I had went to Conifer and obtained a written statement from [redacted] at the State Farm office. I also explained what Nicollette had written in her statement.

I have nothing further to report at this time.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| D. Leffler #3686 | | Page _1___ of_____ |

Rev. 6/98 Form: PCSO-N

**PARK COUNTY SHERIFF'S OFFICE**

CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number / Date of Report |
|---|---|---|
| **Obstructing a Peace Officer** | **Wirth, Martin T** | **2016000052.1** / **1/20/2016** |

Exhibit A

*Case #* 2016000052.1
1180 Park County Road 16, PO Box 604
Fairplay, Colorado 80440
(719) 836-2494

I, [REDACTED] (*Print Your Name*), make the following *voluntary* statement to *Detective David Leffler #3686* whom has identified himself as a Deputy of Park County Sheriff's Office, Fairplay, Colorado.

*Address:* REDACTED *City:* REDACTED *State:* CO *Zip:* REDACTED
*Date of Birth:* REDACTED *Home Phone:*
*Cell Phone:* REDACTED *Business Phone:* [REDACTED]

Martin Wirth came into Nancy Staub State Farm on Wednesday January 20th looking to restablish his insurance. After starting his quote, we found his license was not valid. I told Martin Wirth that we can't offer insurance at this time. I explained that it was most likely due to an ~~un~~ unpaid ~~[illegible]~~ ticket. He then was upset about the ticket + the police officers. He made a statement that he will just "go home and get his gun and drive around and shoot the next cop he sees" I told him I hope that's not the outcome and apologized I could not help at this time. He then left the office.

I have read the above and foregoing statement and know the contents there of, that the same is true and I am signing it voluntarily of my own free will.

*Signature* [REDACTED] *Date:* 01/20/2016

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| D. Leffler #3686 | | Page 1 of ___ |

Rev. 6/98
N

Form: PCSO-

## OTHER IMAGES #2016000052

1. SUSPECT IMAGE: WIRTH, MARTIN T <DOB> 05/14/1957 <IMAGE DESCRIPTION> N/A

1. SUSPECT IMAGE: WIRTH, MARTIN T <DOB> 05/14/1957 <IMAGE DESCRIPTION> N/A

03/22/2017 12:29/06