1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN, MELISSA CARRIGAN,
KOLBY MARTIN, and TRAVIS THRELKEL,

Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his
official and individual capacity,
and MARK HANCOCK, in his official
and individual capacity,

Defendants.
_____

DEPOSITION OF:  MELISSA CARRIGAN - February 16, 2018
_____

PURSUANT TO NOTICE, the deposition of MELISSA CARRIGAN was taken on behalf of the Defendant Mark Hancock at 501 South Cherry Street, Suite 920, Denver, Colorado 80246, on February 16, 2018, at 9:08 a.m., before Darcy Curtis, Registered Professional Reporter and Notary Public within Colorado.

H+G

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT L

### 53

1  manufacturer, the retailer?
2  A.  The rental company.  I think it was
3  Summit.
4  Q.  Who?
5  A.  Summit Respiratory.
6  Q.  Okay.  And Summit -- you think it's
7  Summit?
8  A.  Uh-huh.
9  Q.  -- continued to send you bills related to
10 the CPAP machine?
11 A.  Yes.
12 Q.  How much are those bills for?
13 A.  I think it was 43 a month.
14    MR. SCHIMBERG:  $43 a month?
15    THE DEPONENT:  Yes.  That was after his
16 insurance.
17    MR. SCHIMBERG:  Thanks.
18 Q.  (BY MR. GOLDFARB)  When was the last time
19 you received one of these bills?
20 A.  Last summer, I believe.
21 Q.  So the summer of 2017?
22 A.  Yes.
23 Q.  And when did you notify Summit of
24 Corporal Carrigan's death?
25 A.  Shortly after his death.

### 54

1  Q.  So how many bills did you receive from
2  Summit?
3  A.  Probably received five even after they
4  had been notified.
5  Q.  Did you have a conversation with someone
6  at Summit saying --
7  A.  My husband did.
8  Q.  Okay.  Did your husband explain to you
9  anything about that conversation?
10 A.  No.
11 Q.  Okay.  But as you sit here today, those
12 bills have stopped coming, correct?
13 A.  Well, I think the last thing we got on it
14 was a demand for payment, you know, from an attorney,
15 I think.
16 Q.  What is the current status of that demand
17 for payment?  Do you know?
18 A.  John was going to call again.  I don't
19 know if he did.
20 Q.  So save for the medical equipment rental
21 that you've listed in Interrogatory No. 11, the rest
22 of these loans and debts are either satisfied or were
23 completely eliminated --
24 A.  Yes.
25 Q.  -- following Corporal Carrigan's death?

### 55

1  Yes?
2  A.  Yes.
3     MR. GOLDFARB:  Why don't we take a short
4  break.
5     (Recess taken, 10:22 a.m. to 10:27 a.m.,
6  after which time Mr. Carrigan was not present.)
7  Q.  (BY MR. GOLDFARB)  We're back on the
8  record.  Is there anything that you want to add to any
9  of the questions that I've asked you thus far this
10 morning?
11    MR. MANDELARIS:  Object to form.
12 A.  No.
13 Q.  (BY MR. GOLDFARB)  We covered some of
14 Nate's education.  Did he receive any other education
15 after leaving Northern Colorado?
16    (At this time Mr. Carrigan entered the
17 room.)
18 A.  He attended Highlands Ranch Academy.
19 Q.  Was that for --
20 A.  His POST certification.
21 Q.  Do you know when he achieved his POST
22 certification?
23 A.  2011.  No, that's not right.
24    MR. CARRIGAN:  He got it upon graduation.
25 A.  2003.

### 56

1  Q.  (BY MR. GOLDFARB)  And is there any sort
2  of outstanding debt related to his police academy?
3  A.  No.
4  Q.  As far as you're aware, other than what
5  we've talked about this morning, does the estate have
6  any other outstanding debts other than the medical
7  equipment that's being disputed?
8  A.  No.
9  Q.  What did Corporal Carrigan like to do in
10 his free time?
11 A.  Play video games and take his boat out.
12 Q.  Where would he take his boat out?
13 A.  Chatfield most of the time.
14 Q.  Did he have a slip space rented there?
15 A.  No.
16 Q.  He would just transport it to and from
17 home?
18 A.  Yes, from my house.
19 Q.  And when he would take the boat out, was
20 that something he would only do in the summer or fall
21 or was it all year round?
22 A.  It started in the spring, about March, he
23 would start talking about it's almost boat time and it
24 carried throughout the summer.
25 Q.  Was that a weekend activity or did it