Case No. 1:16-cv-03079-MSK-NRN   Document 62-2   filed 05/18/18   USDC Colorado   pg 1 of 3

MARK HANCOCK - 8/28/2017
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 16

4        Q.    And you said you're post certified?

5        A.    Yes, I am.

6        Q.    And what year did you receive post

7   certification?

8        A.    1994.

```
14        Q.   And what role did you have in that
15   briefing?
16        A.   It was an informal briefing, as I've
17   stated, and just kind of leading along with the guys.
18   There was input on, you know, who should go where and
19   how we should go about it.
20        Q.   And who was the person leading the briefing
21   regarding the eviction of Mr. Wirth?
22        A.   Leading the briefing?
23        Q.   Yeah.
24        A.   Me.
25        Q.   And why were you leading the briefing?
```

11      Q.   And who appointed you the officer in charge

12   of the eviction of Mr. Wirth?

13      A.   I think I appointed myself as being the

14   captain, the patrol captain, and the senior officer,

15   but it wasn't -- it's not an appointed thing.  It's

16   just, you know, when you show up and you're the

17   captain, you're in charge.