Case No. 1:16-cv-03079-MSK-NRN   Document 62-3   filed 05/18/18   USDC Colorado   pg 1 of 1

**FREDRICK WILLIAM WEGENER, III - 6/8/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 118

3          **For a -- for every eviction is there always a**
4   **briefing to do an eviction at Park County?**
5          A    Do they have a -- they may meet and talk about,
6   you know, what -- what they're doing or where they're
7   going.  Is there always a briefing?  No.  Maybe not always
8   a briefing, no.