24          Q.    You received your POST certification in
25     December of 2013?

1        A.    Yes.

Case No. 1:16-cv-03079-MSK-NRN   Document 62-4   filed 05/18/18   USDC Colorado   pg 3 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 56

```
14        Q.   Now, did you yourself become a field
15   training officer?
16        A.   I did.
17        Q.   Okay.  Cleared that up for me.  When?
18        A.   I don't remember the dates.  It was
19   probably -- I don't know.  It was in 2016, I believe.
20   And I don't remember if that was -- it was before -- I
21   believe it was in January of 2016.
22        Q.   Okay.  And do you have to test for that,
23   to become an FTO?
24        A.   No.
25        Q.   Okay.  Is it something you apply for?
```

Case No. 1:16-cv-03079-MSK-NRN   Document 62-4   filed 05/18/18   USDC Colorado   pg 4 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 57

1        A.   It was something I mentioned to the
2   corporals and the sergeant because they're looking for
3   other people.
4        Q.   Okay.  So let's be specific.  Nate and
5   Tonjes?
6        A.   Through Jen, Jen Plutt.
7        Q.   Oh, Jen at that point?
8        A.   Uh-huh.
9        Q.   Okay.  And how many deputies did you
10  serve as an FTO?
11       A.   I had three, maybe five.
12       Q.   And your job as an FTO with a new deputy
13  would include going through the policies and
14  procedures for familiarity?
15       A.   Yes.
16       Q.   Do you ride along together?
17       A.   Yes.
18       Q.   And I think you told me, as an FTO, you
19  kind of take the lead initially and they kind of
20  shadow you to observe, learn the ropes?
21       A.   Yes.
22       Q.   I'm just trying to get a feel for it.
23  Were you a good FTO?
24       A.   I would like to believe I was.
25       Q.   Yeah.  Did anybody tell you you did a

Case No. 1:16-cv-03079-MSK-NRN   Document 62-4   filed 05/18/18   USDC Colorado   pg 5 of 5

TRAVIS JAMES THRELKEL - 1/5/2018
Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 58

1  **good job as an FTO?**

2      A.   My partners did, the corporals and

3  sergeant, so I believe I was.

4      **Q.   Yeah.  Did that assist you in your**

5  **pursuit of becoming a corporal?**

6      A.   I believe it did.

7      **Q.   In what way?**

8      A.   Becoming a field training officer, you

9  already have a higher standard of responsibility.  So

10  you're in charge of training these guys, everything

11  else, so it already shows you have that responsibility

12  that you're able to take the next step of not only

13  training them, but as you're already overseeing them

14  through training, allows you to oversee other

15  people --

16      **Q.   I get it.**

17      A.   -- in the department.

18      **Q.   Makes sense.  Would it be fair to say you**

19  **train in accordance or consistent with the policies**

20  **and procedures?**

21      A.   Yes.