**MONTE GORE - VOLUME II - 10/26/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

17      Q      Okay.   Okay.   Now I want to talk to you about

18   responsibilities as an undersheriff, okay?

19      A      (The deponent nodded.)

20      Q      And you touched on this in your first

21   deposition.   If I understood your testimony, the

22   undersheriff is responsible for all of the divisions?

23      A      Correct.

24      Q      And personnel?

25      A      Correct.

Wegener and PCSO, Exhibit H

MONTE GORE - VOLUME II - 10/26/2017

Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.

Page 260

1    Q    And you supervise division commanders?

2    A    Correct.

3    Q    Develop policies and procedures?

4    A    Correct.

5    Q    And part of that development is to make sure

6    the policies and procedures are consistent with the law?

7    A    Yes.

8    Q    We don't want policies in violation of

9    constitutional law, right?

10    A    Yes.

11    Q    Okay.  And you were satisfied that by using

12    El Paso County Sheriff's Office policies and procedures

13    and that your information was they were accredited, you

14    felt confident that Park County's policies and procedures

15    were consistent with the law?

16    A    Yes.

17    Q    And part of an undersheriff's role is to keep

18    up with legislation and statutory changes as it might

19    impact law enforcement responsibilities?

20    A    Yes.

21    Q    And you did that?

22    A    Yes.

23    Q    Okay.  So part of your job was to keep up with

24    the law and case law that impact a law officer's exercise

25    of their duties?

Wegener and PCSO, Exhibit H

**MONTE GORE - VOLUME II - 10/26/2017**
**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 261

1          A     Yes.

Page 276

```
10         Q    Let's -- let's use you as an example.  You

11   weren't present and you didn't have an opportunity to see

12   Martin Wirth, did you?

13         A    No.

14         Q    And so you were unable to assess his demeanor,

15   his body language, anything like that.  Fair?

16         A    Fair.
```

**MONTE GORE - VOLUME II - 10/26/2017**

**Estate of Nate Carrigan, et al. v. Park County Sheriff's Office, et al.**

Page 278

2      Q     On the radio you were unable to hear any

3   communication with Mr. Wirth; is that correct?

4      A     Yes.

5      Q     Yes, what?  I'm sorry.  Bad question.

6      A     I was unable to hear any communication from

7   Mr. Wirth.

8      Q     Okay.  Because of that, did you radio, Tell me

9   a little bit -- anything like this:  Tell me, Hancock,

10   what was he like?  What was his demeanor?  How did he

11   react?  Anything like that?

12      A     I did not radio Captain Hancock to ascertain

13   what his demeanor would be.

Wegener and PCSO, Exhibit H