**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO**

Civil Action No.    16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,

    Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendants.

---

## ENTRY OF APPEARANCE

---

    Andrew R. McLetchie, of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance as counsel for Defendants PARK COUNTY SHERIFF'S OFFICE and SHERIFF FRED WEGENER.

    I hereby certify that I am a member in good standing of the bar of this court.

    **DATED** this 9th day of August, 2018.

    Respectfully Submitted,

    */s/ Andrew R. McLetchie*
    Andrew R. McLetchie. No. 34035
    Fowler, Schimberg, Flanagan & McLetchie, PC
    1640 Grant Street, Suite 300
    Denver, Colorado  80203

1

Telephone: 303-298-8603
Fax: 303-298-8748
a_mcletchie@fsf-law.com
*Attorney for Defendants Park County Sheriff's Office and Sheriff Fred Wegener*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Reid J. Elkus
Donald C. Sisson
Lucas Lorenz
ELKUS & SISSON, P.C.
501 S. Cherry Street, Suite 920
Denver, Colorado 80246
relkus@elkusandsisson.com
dsisson@elkusandsisson.com
llorenz@elkusandsisson.com
*Attorneys for Plaintiffs*

David J. Goldfarb, Esq.
Josh A. Marks, Esq.
Berg, Hill, Greenleaf & Ruscitti
1712 Pearl Street
Boulder, CO  80302
dgoldfarb@bhgrlaw.com
jam@bhgrlaw.com
*Attorneys for Defendant Mark Hancock*

*/s/ Eden R. Rolland*
Eden R. Rolland