## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF COLORADO

Civil Action No.     16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,

    Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendants.

## ENTRY OF APPEARANCE

    Gordon A. Queenan, of Fowler, Schimberg, Flanagan & McLetchie, P.C., hereby enters his appearance as counsel for Defendants PARK COUNTY SHERIFF'S OFFICE and SHERIFF FRED WEGENER.

    I hereby certify that I am a member in good standing of the bar of this court.

    **DATED** this 9th day of August, 2018.

    Respectfully Submitted,

    */s/ Gordon A. Queenan*
    Gordon A. Queenan, No. 49700
    Fowler, Schimberg, Flanagan & McLetchie, PC
    1640 Grant Street, Suite 300

1

Denver, Colorado  80203
Telephone: 303-298-8603
Fax: 303-298-8748
g_queenan@fsf-law.com
*Attorney for Defendants Park County Sheriff's Office and Sheriff Fred Wegener*

### CERTIFICATE OF SERVICE

I hereby certify that on August 9th 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Reid J. Elkus<br>Donald C. Sisson<br>Lucas Lorenz<br>ELKUS & SISSON, P.C.<br>501 S. Cherry Street, Suite 920<br>Denver, Colorado 80246<br>relkus@elkusandsisson.com<br>dsisson@elkusandsisson.com<br>llorenz@elkusandsisson.com<br>*Attorneys for Plaintiffs* | David J. Goldfarb, Esq.<br>Josh A. Marks, Esq.<br>Berg, Hill, Greenleaf & Ruscitti<br>1712 Pearl Street<br>Boulder, CO  80302<br>dgoldfarb@bhgrlaw.com<br>jam@bhgrlaw.com<br>*Attorneys for Defendant Mark Hancock* |

*/s/ Eden R. Rolland*
Eden R. Rolland

2