**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF COLORADO**

Civil Action No.        16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
JOHN CARRIGAN,
MELISSA CARRIGAN, and
KOLBY MARTIN,

    Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendants.

---

**NOTICE OF CHANGE OF PHYSICAL AND MAILING ADDRESS**

---

Defendants PARK COUNTY SHERIFF'S OFFICE and SHERIFF FRED WEGENER in his official and individual capacities, by and through undersigned counsel, hereby advise the Court and all parties that, effective August 10, 2018, the physical and mailing address of undersigned counsel shall be:

> Fowler, Schimberg, Flanagan & McLetchie, P.C.
> 350 Indiana Street, Suite 850
> Golden, CO 80401

The phone numbers, fax number, and email addresses of undersigned counsel remain the same.

1

Respectfully submitted this 9th of August, 2018.

*/s/ Andrew R. McLetchie*
Andrew R. McLetchie. No. 34035
Timothy P. Schimberg, Atty. No. 10686
Eden R. Rolland, No. 48877
Gordon A. Queenan, No. 49700
Fowler, Schimberg, Flanagan & McLetchie, PC
1640 Grant Street, Suite 300
Denver, Colorado  80203
Telephone: 303-298-8603
Fax: 303-298-8748
a_mcletchie@fsf-law.com
t_schimberg@fsf-law.com
e_rolland@fsf-law.com
g_queenan@fsf-law.com
*Attorneys for Defendants Park County Sheriff's Office and Sheriff Fred Wegener*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2018, I electronically filed the foregoing **NOTICE OF CHANGE OF PHYSICAL AND MAILING ADDRESS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Reid J. Elkus | David J. Goldfarb, Esq. |
| Donald C. Sisson | Josh A. Marks, Esq. |
| Lucas Lorenz | Berg, Hill, Greenleaf & Ruscitti |
| ELKUS & SISSON, P.C. | 1712 Pearl Street |
| 501 S. Cherry Street, Suite 920 | Boulder, CO  80302 |
| Denver, Colorado 80246 | dgoldfarb@bhgrlaw.com |
| relkus@elkusandsisson.com | jam@bhgrlaw.com |
| dsisson@elkusandsisson.com | *Attorneys for Defendant Mark Hancock* |
| llorenz@elkusandsisson.com | |
| *Attorneys for Plaintiffs* | |

*/s/ Eden R. Rolland*
Eden R. Rolland