IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-03079-MSK-NRN

ESTATE OF NATE CARRIGAN,
MELISSA CARRIGAN, as Personal Representative of the Estate of Nate Carrigan,
KOLBY MARTIN, and
TRAVIS THRELKEL,

    Plaintiffs,

v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacities, and
MARK HANCOCK, in his official and individual capacities,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motions for Summary Judgment of Judge Marcia S. Krieger entered on March 29, 2019, it is

ORDERED that Defendants' Motions for Summary Judgment are GRANTED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Park County Sheriff's Office, Sheriff Fred Wegener, and Mark Hancock and against Plaintiffs Estate of Nate Carrigan, Melissa Carrigan, Kolby Martin, and Travis Threlkel. It is

FURTHER ORDERED that Defendants Park County Sheriff's Office, Sheriff Fred

Wegener, and Mark Hancock shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that Plaintiffs' First Amended Complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this   29th   day of March, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk