*** **NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.**

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

| **BILL OF COSTS** | | |
|---|---|---|
| **United States District Court** | DISTRICT | **DISTRICT OF COLORADO** |
| v. | DOCKET NO. | |
| | MAGISTRATE CASE NO. | |

Judgment having been entered in the above entitled action on

against                                                                 the clerk is requested to tax the following as costs:

| **BILL OF COSTS** | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions  (W. Tonjes, K. Martin, M. Gore, T. Threlkel, M. Hancock ) | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

TOTAL     $

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____

Print Name _____    Phone Number _____

For:     dE _____     Date _____
Name of Claiming Party

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ |
| | (BY) DEPUTY CLERK |
| CLERK OF COURT<br>JEFFREY P. COLWELL | DATE: |

Case No. 1:16-cv-03079-MSK-NRN  Document 70  filed 04/12/19  USDC Colorado  pg 2 of 7

**USDC Colo. Version - (Further Rev. 12/01/2013)**

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** |||||||
|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | **TOTAL** | |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924, Verification of billof costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of title 28 which reads in part as follows:
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54(d)(1)
   "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**
   "Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court (HERE) within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

# Hunter + Geist, Inc.

1900 Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966    Fax: (303) 832-9525

Job #: 170913DC
Job Date: 09/13/17
Order Date: 09/13/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Mark Hancock

## Invoice

Invoice #: 147961
Inv. Date: 09/27/17
Balance: $837.65

**Bill To:**
David J. Goldfarb, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

Action: Carrigan, Nate (Estate of), et al.
vs
Park County Sheriff's Office, et al.
Action #: 1:16-cv-03079-MSK-MJ
Rep: Darcy Curtis
Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Welles Tonjes | Certified Transcript | $807.30 |
| 2 | Welles Tonjes | Electronic Transcript Files | $20.00 |
| 3 | Welles Tonjes | Scanned Exhibits | $10.35 |
| 4 | Welles Tonjes | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $837.65 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $837.65 |
| Payment | $0.00 |
| Balance Due | $837.65 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
David J. Goldfarb, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

**Deliver To:**
David J. Goldfarb, Esq.
Berg Hill Greenleaf & Ruscitti, LLP
1712 Pearl Street
Boulder, CO 80302

## Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 147961
Inv. Date: 09/27/17
Balance: $837.65
Job #: 170913DC
Job Date: 09/13/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Mark Hancock

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: **171011DC**
Job Date: **10/11/17**
Order Date: **10/11/17**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Mark Hancock**

## Invoice

Invoice #: 148870
Inv.Date: 10/24/17
Balance: $786.70

Bill To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Action: **Carrigan, Nate (Estate of), et al.**
VS
**Park County Sheriff's Office, et al.**
Action #: **1:16-cv-03079-MSK-MJ**
Rep: **Darcy Curtis**
Cert: **RPR**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Kolby Martin | Certified Transcript | $740.60 |
| 2 | Kolby Martin | Electronic Transcript Files | $20.00 |
| 3 | Kolby Martin | Scanned Exhibits | $26.10 |
| 4 | Kolby Martin | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $786.70 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $786.70 |
| Payment | $0.00 |
| **Balance Due** | $786.70 |

Federal Tax I.D.: 84-0835207    Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Deliver To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

## Invoice

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 148870
Inv.Date: 10/24/17
Balance: $786.70
Job #: 171011DC
Job Date: 10/11/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: **Mark Hancock**

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

Job #: **171026ZSHAUNA**
Job Date: **10/26/17**
Order Date: **10/26/17**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Mark Hancock**

# Invoice

Invoice #: 149406
Inv.Date: 11/09/17
Balance: $371.00

Bill To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Action: **Carrigan, Nate (Estate of), et al.**
VS
**Park County Sheriff's Office, et al.**
Action #: **1:16-cv-03079-MSK-MJ**
Rep: **Shauna Dietel**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Monte Gore, Volume II | Certified Transcript | $345.00 |
| 2 | Monte Gore, Volume II | Electronic Transcript Files | $25.00 |
| 3 | Monte Gore, Volume II | Scanned Exhibits | $1.00 |
| 4 | Monte Gore, Volume II | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $371.00 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $371.00 |
| Payment | $0.00 |
| **Balance Due** | $371.00 |

Federal Tax I.D.: **84-0835207**   Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Deliver To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

# Invoice

**Hunter + Geist, Inc.**
**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

Invoice #: 149406
Inv.Date: 11/09/17
Balance: $371.00
Job #: 171026ZSHAUNA
Job Date: 10/26/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: **Mark Hancock**

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: **180105DC**
Job Date: **01/05/18**
Order Date: **01/05/18**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Mark Hancock**

## Invoice

Invoice #: 151419
Inv.Date: 01/19/18
Balance: $732.30

**Bill To:**
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Action: **Carrigan, Nate (Estate of), et al.**
VS
**Park County Sheriff's Office, et al.**
Action #: **1:16-cv-03079-MSK-MJ**
Rep: **Darcy Curtis**
Cert: **RPR**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Travis James Threlkel | Certified Transcript | $706.20 |
| 2 | Travis James Threlkel | Electronic Transcript Files | $25.00 |
| 3 | Travis James Threlkel | Scanned Exhibits | $1.10 |
| 4 | Travis James Threlkel | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $732.30 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $732.30 |
| Payment | $0.00 |
| **Balance Due** | $732.30 |

Federal Tax I.D.: 84-0835207    Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

Deliver To:
**David J. Goldfarb, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

## Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

**Hunter + Geist, Inc.**
**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**

Invoice #: 151419
Inv.Date: 01/19/18
Balance: $732.30
Job #: 180105DC
Job Date: 01/05/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: **Mark Hancock**

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **170828ZMELANIE** |
| Job Date: | **08/28/17** |
| Order Date: | **08/28/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **John Hancock** |

# **Invoice**

| | |
|---|---|
| Invoice #: | 147316 |
| Inv.Date: | 09/12/17 |
| Balance: | $712.65 |

**Bill To:**
**Josh A. Marks, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Melanie L. Giamarco** |
| Cert: | |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Mark Hancock | Certified Transcript | $671.60 |
| 2 | Mark Hancock | Electronic Transcript Files | $20.00 |
| 3 | Mark Hancock | Scanned Exhibits | $21.05 |
| 4 | Mark Hancock | Word Index - NO CHARGE | $0.00 |

**Comments:**

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $712.65 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $712.65 |
| Payment | $0.00 |
| **Balance Due** | $712.65 |

| Federal Tax I.D.: **84-0835207** | Terms: **Net 30 Days @ 1.5%** |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
**Josh A. Marks, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

**Deliver To:**
**Josh A. Marks, Esq.**
**Berg Hill Greenleaf & Ruscitti, LLP**
**1712 Pearl Street**
**Boulder, CO 80302**

# **Invoice**

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

| | |
|---|---|
| Invoice #: | 147316 |
| Inv.Date: | 09/12/17 |
| Balance: | $712.65 |
| Job #: | 170828ZMELANIE |
| Job Date: | 08/28/17 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | **John Hancock** |