Case No. 1:16-cv-03079-MSK-NRN   Document 71-1   filed 04/12/19   USDC Colorado   pg 1 of 12

PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

May 12, 2017

Invoice# 27244    TPS
Our file#   MWEG2    00000
Billing through: 03/31/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

| | |
|---|---|
| TOTAL FEES | ■ |
| TOTAL EXPENSES | $4.60 |
| TOTAL INVOICE AMOUNT | ■ |
| **TOTAL BALANCE DUE** | ■ |




PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2   00000   WEG/CAR                              Invoice#   27244

[redacted]

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 03/17/2017 | Photocopy Expenses | 2.20 |
| 03/31/2017 | Photocopy Expenses | 1.00 |
| 03/31/2017 | Photocopy Expenses | 1.40 |
| TOTAL EXPENSES | | $4.60 |

**BILLING SUMMARY**

[redacted]

TOTAL EXPENSES                                      $4.60

TOTAL INVOICE AMOUNT                    [redacted]

**TOTAL BALANCE DUE**

Case No. 1:16-cv-03079-MSK-NRN   Document 71-1   filed 04/12/19   USDC Colorado   pg 3 of 12
PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

July 7, 2017

Invoice# 27527   TPS
Our file#   MWEG2   00000
Billing through: 06/30/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



Case No. 1:16-cv-03079-MSK-NRN   Document 71-1   filed 04/12/19   USDC Colorado   pg 4 of 12
PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2     00000     WEG/CAR                              Invoice#   27527

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 04/07/2017 | Photocopy Expenses | 2.10 |
| 04/07/2017 | Photocopy Expenses | 1.10 |
| 04/11/2017 | Photocopy Expenses | 1.10 |
| 04/12/2017 | Photocopy Expenses | 2.10 |
| 04/12/2017 | Photocopy Expenses | 1.10 |
| 04/12/2017 | Photocopy Expenses | 1.40 |
| 04/17/2017 | Photocopy Expenses | 1.30 |
| 04/18/2017 | Photocopy Expenses | 1.10 |
| 04/20/2017 | Photocopy Expenses | 2.20 |
| 05/24/2017 | Photocopy Expenses | 1.80 |
| 05/24/2017 | Photocopy Expenses | 1.80 |
| 05/24/2017 | Photocopy Expenses | 1.10 |
| 05/26/2017 | Photocopy Expenses | 2.60 |
| 05/26/2017 | Photocopy Expenses | 1.00 |
| 05/30/2017 | Photocopy Expenses | 2.50 |
| 05/30/2017 | Photocopy Expenses | 8.30 |
| 06/01/2017 | Photocopy Expenses | 4.60 |

PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2      00000      WEG/CAR                       Invoice#   27527

| Date | Description | Amount |
|---|---|---|
| 06/01/2017 | Photocopy Expenses | 24.40 |
| 06/01/2017 | Photocopy Expenses | 8.00 |
| 06/01/2017 | Photocopy Expenses | 32.00 |
| 06/01/2017 | Photocopy Expenses | 35.20 |
| 06/02/2017 | Photocopy Expenses | 1.00 |
| 06/02/2017 | Photocopy Expenses | 1.30 |
| 06/02/2017 | Photocopy Expenses | 1.60 |
| 06/02/2017 | Photocopy Expenses | 1.30 |
| 06/02/2017 | Photocopy Expenses | 1.00 |
| 06/02/2017 | Photocopy Expenses | 1.20 |
| 06/02/2017 | Photocopy Expenses | 1.10 |
| 06/02/2017 | Photocopy Expenses | 1.60 |
| 06/02/2017 | Photocopy Expenses | 2.10 |
| 06/02/2017 | Photocopy Expenses | 1.90 |
| 06/05/2017 | Photocopy Expenses | 1.20 |
| 06/06/2017 | Photocopy Expenses | 2.70 |
| 06/07/2017 | Photocopy Expenses | 1.20 |
| 06/07/2017 | Photocopy Expenses | 1.30 |
| 06/07/2017 | Photocopy Expenses | 2.10 |
| 06/07/2017 | Photocopy Expenses | 2.90 |
| 06/07/2017 | Photocopy Expenses | 1.40 |
| 06/09/2017 | Photocopy Expenses | 2.00 |
| 06/15/2017 | Photocopy Expenses | 1.40 |
| 06/15/2017 | Photocopy Expenses | 1.40 |
| 06/15/2017 | Photocopy Expenses | 1.40 |
| 06/16/2017 | Photocopy Expenses | 1.00 |
| 06/19/2017 | Photocopy Expenses | 1.00 |
| 06/19/2017 | Photocopy Expenses | 1.60 |
| 06/19/2017 | Photocopy Expenses | 2.70 |
| 06/19/2017 | Photocopy Expenses | 1.20 |
| 06/19/2017 | Photocopy Expenses | 1.50 |
| 06/19/2017 | Photocopy Expenses | 1.20 |
| 06/19/2017 | Photocopy Expenses | 8.30 |
| 06/20/2017 | Photocopy Expenses | 3.90 |

Case No. 1:16-cv-03079-MSK-NRN   Document 71-1   filed 04/12/19   USDC Colorado   pg 6 of 12
PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

| MWEG2 | 00000 | WEG/CAR | Invoice# | 27527 | ■ |

| 06/20/2017 | Photocopy Expenses | 5.40 |
| 06/21/2017 | Photocopy Expenses | 2.90 |
| 06/22/2017 | Photocopy Expenses | 1.00 |
| TOTAL EXPENSES | | ■ |

BILLING SUMMARY



TOTAL INVOICE AMOUNT  ■

**TOTAL BALANCE DUE**

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

November 13, 2017

Invoice# 27945    TPS
Our file#   MWEG2    00000
Billing through: 09/14/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2      00000      WEG/CAR                                    Invoice#   27945

## EXPENSES

| | | |
|---|---|---:|
| 07/28/2017 | Photocopy Expenses | 0.70 |
| 09/07/2017 | Photocopy Expenses | 0.10 |
| 09/11/2017 | Photocopy Expenses | 0.10 |
| TOTAL EXPENSES | | |

Case No. 1:16-cv-03079-MSK-NRN   Document 71-1   filed 04/12/19   USDC Colorado   pg 9 of 12   PCSO and Sheriff Wegener's Bill of Costs

Exhibit A

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

November 30, 2017

Invoice#  28129    TPS
Our file#    MWEG2    00000
Billing through: 10/31/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.



TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**

PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2      00000      WEG/CAR                              Invoice#   28129

EXPENSES

10/10/2017      Photocopy Expenses                                              1.90

TOTAL EXPENSES

BILLING SUMMARY

PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

# FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

March 16, 2017

Invoice# 26975    TPS
Our file#   MWEG2    00000
Billing through: 02/28/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

▮

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. (MWEG2; WEG/CAR)

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



PCSO and Sheriff Wegener's Bill of Costs
Exhibit A

MWEG2      00000      WEG/CAR                                    Invoice#   26975

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/04/2017 | Photocopy Expenses | 4.30 |
| 01/07/2017 | Photocopy Expenses | 1.30 |
| 01/07/2017 | Photocopy Expenses | 1.10 |
| 01/07/2017 | Photocopy Expenses | 1.30 |
| 01/11/2017 | Photocopy Expenses | 7.80 |
| 01/11/2017 | Photocopy Expenses | 1.80 |
| 01/11/2017 | Photocopy Expenses | 7.40 |
| 01/11/2017 | Photocopy Expenses | 1.80 |
| 01/19/2017 | Photocopy Expenses | 1.80 |
| 01/25/2017 | Photocopy Expenses | 57.10 |
| 02/01/2017 | Photocopy Expenses | 1.20 |
| 02/01/2017 | Photocopy Expenses | 1.70 |
| 02/01/2017 | Photocopy Expenses | 2.00 |
| 02/01/2017 | Photocopy Expenses | 2.00 |
| 02/27/2017 | Photocopy Expenses | 1.70 |
| 02/27/2017 | Photocopy Expenses | 1.80 |

TOTAL EXPENSES