PCSO and Sheriff Wegener's Bill of Costs

Exhibit B

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

Job #: **170608ZSHAUNA**
Job Date: **06/08/17**
Order Date: **06/08/17**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Park County**

## Invoice

Invoice #: 144701
Inv.Date: 06/21/17
Balance: $799.10

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

Action: **Carrigan, Nate (Estate of), et al.**
VS
**Park County Sheriff's Office, et al.**
Action #: **1:16-cv-03079-MSK-MJ**
Rep: **Shauna Dietel**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Fredrick W. Wegener, III | Certified Transcript | $749.80 |
| 2 | Fredrick W. Wegener, III | Electronic Transcript Files | $20.00 |
| 3 | Fredrick W. Wegener, III | Scanned Exhibits | $29.30 |
| 4 | Fredrick W. Wegener, III | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $799.10 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $799.10 |
| Payment | $0.00 |
| **Balance Due** | $799.10 |

Federal Tax I.D.: **84-0835207**   Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

## Invoice

**Hunter + Geist, Inc.**
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

Invoice #: 144701
Inv.Date: 06/21/17
Balance: $799.10
Job #: 170608ZSHAUNA
Job Date: 06/08/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

**PCSO and Sheriff Wegener's Bill of Costs**

**Exhibit B**

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

Job #: **170828ZMELANIE**
Job Date: **08/28/17**
Order Date: **08/28/17**
DB Ref.#:
Date of Loss: **/ /**
Your File #:
Your Client: **Park County Sheriff**

# Invoice

Invoice #: 147317
Inv.Date: 09/12/17
Balance: $712.85

Bill To:
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

Action: **Carrigan, Nate (Estate of), et al.**
VS
**Park County Sheriff's Office, et al.**
Action #: **1:16-cv-03079-MSK-MJ**
Rep: **Melanie L. Giamarco**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Mark Hancock | Certified Transcript | $671.60 |
| 2 | Mark Hancock | Electronic Transcript Files | $20.00 |
| 3 | Mark Hancock | Scanned Exhibits | $21.05 |
| 4 | Mark Hancock | Word Index - NO CHARGE | $0.00 |
| 5 | | Scanned Exhibits | $0.20 |

Comments:
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $712.85 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $712.85 |
| Payment | $0.00 |
| **Balance Due** | $712.85 |

Federal Tax I.D.: **84-0835207**   Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

Deliver To:
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

# Invoice

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Invoice #: 147317
Inv.Date: 09/12/17
Balance: $712.85
Job #: 170828ZMELANIE
Job Date: 08/28/17
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County Sheriff

PCSO and Sheriff Wegener's Bill of Costs

Exhibit B

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **170913DC** |
| Job Date: | **09/13/17** |
| Order Date: | **09/13/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County Sheriff** |

## Invoice

| | |
|---|---|
| Invoice #: | 147960 |
| Inv.Date: | 09/27/17 |
| Balance: | $837.65 |

**Bill To:**
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Darcy Curtis** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Welles Tonjes | Certified Transcript | $807.30 |
| 2 | Welles Tonjes | Electronic Transcript Files | $20.00 |
| 3 | Welles Tonjes | Scanned Exhibits | $10.35 |
| 4 | Welles Tonjes | Word Index - NO CHARGE | $0.00 |

**Comments:**

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $837.65 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $837.65 |
| Payment | $0.00 |
| **Balance Due** | $837.65 |

| Federal Tax I.D.: **84-0835207** | Terms: **Net 30 Days @ 1.5%** |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

**Deliver To:**
**Timothy P. Schimberg, Esq.**
**Fowler Schimberg & Flanagan**
**1640 Grant Street**
**Suite 150**
**Denver, CO 80203**

## Invoice

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

| | |
|---|---|
| Invoice #: | 147960 |
| Inv.Date: | 09/27/17 |
| Balance: | $837.65 |
| Job #: | 170913DC |
| Job Date: | 09/13/17 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Park County Sheriff |

**PCSO and Sheriff Wegener's Bill of Costs**

**Exhibit B**

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **170620DC** |
| Job Date: | **06/20/17** |
| Order Date: | **06/20/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County Sheriff** |

## Invoice

| | |
|---|---|
| Invoice #: | 145050 |
| Inv.Date: | 06/30/17 |
| Balance: | $543.50 |

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Darcy Curtis** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Monte Gore | Certified Transcript | $517.50 |
| 2 | Monte Gore | Electronic Transcript Files | $20.00 |
| 3 | Monte Gore | Scanned Exhibits | $6.00 |
| 4 | Monte Gore | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $543.50 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $543.50 |
| Payment | $0.00 |
| **Balance Due** | $543.50 |

| Federal Tax I.D.: **84-0835207** | Terms: **Net 30 Days @ 1.5%** |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg & Flanagan
1640 Grant Street
Suite 150
Denver, CO 80203

## Invoice

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

| | |
|---|---|
| Invoice #: | 145050 |
| Inv.Date: | 06/30/17 |
| Balance: | $543.50 |
| Job #: | 170620DC |
| Job Date: | 06/20/17 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Park County Sheriff |

Case No. 1:16-cv-03079-MSK-NRN   Document 71-2   filed 04/12/19   USDC Colorado   pg 5 of 11
PCSO and Sheriff Wegener's Bill of Costs
Exhibit B

# Hunter + Geist, Inc.

**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**  Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **171026ZSHAUNA** |
| Job Date: | **10/26/17** |
| Order Date: | **10/26/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County Sheriff** |

## Invoice

| | |
|---|---|
| Invoice #: | 149404 |
| Inv.Date: | 11/09/17 |
| Balance: | $740.08 |

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Shauna Dietel** |
| Cert: | |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Monte Gore, Volume II | Appearance Fee - Hourly | $125.00 |
| 2 | Monte Gore, Volume II | Original Certified Transcript | $590.08 |
| 3 | Monte Gore, Volume II | Electronic Transcript Files | $25.00 |
| 4 | Monte Gore, Volume II | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $740.08 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $740.08 |
| Payment | $0.00 |
| **Balance Due** | $740.08 |

| Federal Tax I.D.: **84-0835207** | Terms: **Net 30 Days @ 1.5%** |
|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

## Invoice

**Hunter + Geist, Inc.**
**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

| | |
|---|---|
| Invoice #: | 149404 |
| Inv.Date: | 11/09/17 |
| Balance: | $740.08 |
| Job #: | **171026ZSHAUNA** |
| Job Date: | **10/26/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County Sheriff** |

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **171011DC** |
| Job Date: | **10/11/17** |
| Order Date: | **10/11/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County** |

# Invoice

| | |
|---|---|
| Invoice #: | 148868 |
| Inv.Date: | 10/24/17 |
| Balance: | $1,577.57 |

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Darcy Curtis** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Kolby Martin | Appearance Fee - Hourly | $200.00 |
| 2 | Kolby Martin | Appearance Fee - Early AM/Evening | $50.00 |
| 3 | Kolby Martin | Original Certified Transcript | $1,251.70 |
| 4 | Kolby Martin | Electronic Transcript Files | $20.00 |
| 5 | Kolby Martin | Scanned Exhibits | $55.87 |
| 6 | Kolby Martin | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,577.57 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $1,577.57 |
| Payment | $0.00 |
| **Balance Due** | $1,577.57 |

Federal Tax I.D.: **84-0835207**   Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

# Invoice

Phone: **(303) 832-5966**
Fax: **(303) 832-9525**

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

| | |
|---|---|
| Invoice #: | 148868 |
| Inv.Date: | 10/24/17 |
| Balance: | $1,577.57 |
| Job #: | 171011DC |
| Job Date: | 10/11/17 |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County** |

**PCSO and Sheriff Wegener's Bill of Costs**

**Exhibit B**

# Hunter + Geist, Inc.

**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **180105DC** |
| Job Date: | **01/05/18** |
| Order Date: | **01/05/18** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Park County** |

# Invoice

| | |
|---|---|
| Invoice #: | 151417 |
| Inv.Date: | 01/19/18 |
| Balance: | $1,440.97 |

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

| | |
|---|---|
| Action: | **Carrigan, Nate (Estate of), et al.** |
| | VS |
| | **Park County Sheriff's Office, et al.** |
| Action #: | **1:16-cv-03079-MSK-MJ** |
| Rep: | **Darcy Curtis** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Travis James Threlkel | Appearance Fee - Hourly | $175.00 |
| 2 | Travis James Threlkel | Original Certified Transcript | $1,239.00 |
| 3 | Travis James Threlkel | Electronic Transcript Files | $25.00 |
| 4 | Travis James Threlkel | Scanned Exhibits | $1.97 |
| 5 | Travis James Threlkel | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,440.97 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $1,440.97 |
| Payment | $0.00 |
| **Balance Due** | $1,440.97 |

Federal Tax I.D.:  **84-0835207**   Terms:  **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

# Invoice

**Hunter + Geist, Inc.**
**1900 North Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone:  **(303) 832-5966**
Fax:  **(303) 832-9525**

| | |
|---|---|
| Invoice #: | 151417 |
| Inv.Date: | 01/19/18 |
| Balance: | $1,440.97 |
| Job #: | 180105DC |
| Job Date: | 01/05/18 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Park County |

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

POSTED

Job #: 180216DC
Job Date: 02/16/18
Order Date: 02/16/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

# Invoice

Invoice #: 152843
Inv. Date: 03/02/18
Balance: $405.55

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

Action: Carrigan, Nate (Estate of), et al.
vs
Park County Sheriff's Office, et al.
Action #: 1:16-cv-03079-MSK-MJ
Rep: Darcy Curtis
Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Melissa Carrigan | Certified Transcript | $376.50 |
| 2 | Melissa Carrigan | Electronic Transcript Files | $25.00 |
| 3 | Melissa Carrigan | Scanned Exhibits | $4.05 |
| 4 | Melissa Carrigan | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $405.55 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$405.55** |
| Payment | $0.00 |
| **Balance Due** | **$405.55** |

Federal Tax I.D.: 84-0835207     Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

# Invoice

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 152843
Inv. Date: 03/02/18
Balance: $405.55
Job #: 180216DC
Job Date: 02/16/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

PCSO and Sheriff Wegener's Bill of Costs Exhibit B

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966    Fax: (303) 832-9525

Job #: 180306DC
Job Date: 03/06/18
Order Date: 03/06/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

## Invoice

Invoice #: 153471
Inv. Date: 03/23/18
Balance: $1,171.14

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

Action: Carrigan, Nate (Estate of), et al.
vs
Park County Sheriff's Office, et al.
Action #: 1:16-cv-03079-MSK-MJ
Rep: Darcy Curtis
Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Dan Montgomery | Appearance Fee - Hourly | $150.00 |
| 2 | Dan Montgomery | Original Certified Transcript | $979.85 |
| 3 | Dan Montgomery | Electronic Transcript Files | $25.00 |
| 4 | Dan Montgomery | Scanned Exhibits | $16.29 |
| 5 | Dan Montgomery | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,171.14 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,171.14 |
| Payment | $0.00 |
| Balance Due | $1,171.14 |

Federal Tax I.D.: 84-0835207     Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

## Invoice

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

Invoice #: 153471
Inv. Date: 03/23/18
Balance: $1,171.14
Job #: 180306DC
Job Date: 03/06/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

PCSO and Sheriff Wegener's Bill of Costs
Exhibit B

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966   Fax: (303) 832-9525

| | |
|---|---|
| Job #: | 180314DC |
| Job Date: | 03/14/18 |
| Order Date: | 03/14/18 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Park County |

## Invoice

| | |
|---|---|
| Invoice #: | 153657 |
| Inv. Date: | 03/29/18 |
| Balance: | $503.35 |

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Action:** Carrigan, Nate (Estate of), et al.
vs
Park County Sheriff's Office, et al.
**Action #:** 1:16-cv-03079-MSK-MJ
**Rep:** Darcy Curtis
**Cert:** RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Francine Mazone, R.N. | Appearance Fee - Minimum | $75.00 |
| 2 | Francine Mazone, R.N. | Original Certified Transcript | $385.45 |
| 3 | Francine Mazone, R.N. | Electronic Transcript Files | $25.00 |
| 4 | Francine Mazone, R.N. | Scanned Exhibits | $17.90 |
| 5 | Francine Mazone, R.N. | Word Index - NO CHARGE | $0.00 |

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $503.35 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $503.35 |
| Payment | $0.00 |
| Balance Due | $503.35 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

## Invoice

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

| | |
|---|---|
| Invoice #: | 153657 |
| Inv. Date: | 03/29/18 |
| Balance: | $503.35 |
| Job #: | 180314DC |
| Job Date: | 03/14/18 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | Park County |

# Hunter + Geist, Inc.

1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966    Fax: (303) 832-9525

Job #: 180321DC
Job Date: 03/21/18
Order Date: 03/21/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County

**Invoice**

Invoice #: 153955
Inv. Date: 04/06/18
Balance: $424.68

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

Action: Carrigan, Nate (Estate of), et al.
vs
Park County Sheriff's Office, et al.
Action #: 1:16-cv-03079-MSK-MJ
Rep: Darcy Curtis
Cert: RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Jeffrey E. Nehls, M.A. | Appearance Fee - Minimum | $75.00 |
| 2 | Jeffrey E. Nehls, M.A. | Original Certified Transcript | $296.90 |
| 3 | Jeffrey E. Nehls, M.A. | Electronic Transcript Files | $25.00 |
| 4 | Jeffrey E. Nehls, M.A. | Scanned Exhibits | $27.78 |

POSTED

**Comments:**
Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $424.68 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $424.68 |
| Payment | $0.00 |
| Balance Due | $424.68 |

Federal Tax I.D.: 84-0835207    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Deliver To:**
Timothy P. Schimberg, Esq.
Fowler Schimberg Flanagan McLetchie
1640 Grant Street
Suite 300
Denver, CO 80203

**Invoice**

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

Invoice #: 153955
Inv. Date: 04/06/18
Balance: $424.68
Job #: 180321DC
Job Date: 03/21/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Park County