09-18-Case No. 1:16-cv-03079-MSK-NRN Document 71-3 filed 04/12/19 USDC Colorado pg 1 of 14 PCSO and Sheriff Wegener's Bill of Costs

Exhibit C

# ROI Plus

## YOUR OFFICE HAS REQUESTED A PHI FOR THE PATIENT LISTED BELOW

## PHI REQUEST FULFILLMENT NOTIFICATION



REQ20170918133208304

| | | | |
|---|---|---|---|
| Request Date: | 9/18/2017 | Request ID: | REQ20170918133208304 |
| Requestor Name: | Law Offices Of Fowler, S | Patient Name: | Martin, Kolby |
| Requestor Acct: | R59741 | Patient DOB: | xx/xx/xxxx |
| Requestor PIN: | 0204 | Patient MRN: | 000000310935 |
| | | Patient ID: | |

**Requestor Contact:**
Law Offices Of Fowler, Schimberg & Flanagan
VALERIE GREMILLION
1640 Grant Street
Denver, CO 80203
(303) 298-8603 (p) (303) 298-8748 (f)

**Provider Contact:**
Panorama Orthopedics & Spine Center
Medical Records Department
660 Golden Ridge Road Suite 250
Golden, CO 80401
(303) 274-7345 (p) (302) 233-8755 (f)

Your office has requested PHI from the Provider listed above.
You must go to the website below to view the status and content of both pending and completed ROI requests.

WWW.ABTROIPLUS.COM

You must use the Requestor Acct # and Requestor Pin # values that appear in the top portion of this notice, along with the Patient Date of Birth, to view the status and content of both pending and completed ROI requests.
Complete instructions are available on the website.

IMPORTANT NOTE:

*FORWARDING ROI REQUESTS OR PATIENT RECORDS BY MAIL OR FAX EXPOSES PATIENTS TO THE RISK OF IDENTITY THEFT AND EXPOSES PROVIDERS AND REQUESTORS TO LITIGATION FROM PATIENTS WHO SUFFER IDENTITY THEFT. TRANSMITTALS OF ROI REQUEST FORMS AND PATIENT RECORDS CONTAINING CERTAIN CRITICAL INFORMATION (Patient Name, Social Security Number, Date of Birth) THAT ENABLES IDENTITY THEFT SHOULD BE CLOSELY SAFEGUARDED AND TRACKED TO PROTECT PATIENTS, REQUESTORS AND PROVIDERS FROM POTENTIAL LEGAL AND COMPLIANCE LIABILITIES.*

*IF REQUESTOR CHOOSES TO TAKE DELIVERY OF PATIENT RECORDS BY MAIL OR FAX, REQUESTOR HEREBY ACKNOWLEDGES, UPON RECEIPT OF THIS NOTICE, SOLE RESPONSIBILITY FOR ALL CONTINGENT LEGAL AND COMPLIANCE LIABILITIES THAT OCCUR AFTER RECEIPT OF TRANSMITTED PATIENT RECORDS.*

09-18 Case No. 1:16-cv-03079-MSK-NRN Document 71-3 filed 04/12/19 USDC Colorado pg 2 of 2
14 PCSO and Sheriff Wegener's Bill of Costs
Exhibit C

# Invoice

**Remit To:**
Panorama Orthopedics & Spine Center
Diane Garcia
P.O. Box 176232
Denver, CO 80217-6232
(303) 274-7345 (p) (720) 497-6734 (f)
TaxID (84-0786058)

**Invoice Number**
IN20170918133208304

**Invoice Date**
9/18/2017

**Provider Acct No.**
P5500-1
Panorama Orthopedics & Spine Center

**Bill To**
Law Offices Of Fowler, Schimberg &
VALERIE GREMILLION
1640 Grant Street
Denver, CO 80203
(303) 298-8603 (p) (303) 298-8748 (f)

**Requestor Acct No.**
R59741

**Request Date**
9/18/2017

**Requestor PIN**
0204

**Request ID**
req20170918133208304

**Patient Name**
Martin,Kolby
000000310935

All requested documents may be viewed at WWW.ABTROIPLUS.COM
You will need your Requestor Account Number and PIN for authorized access.
(Contact Medical Records Department at tthompson@panoramaortho.com or (303) 274-7345 for assistance.)

| Reference | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| ROI Charges | | Per Colorado Code C.R.S. 25-1-802 Fees based on request reference for the following Rate Type: Standard Attorneys, Insurance, Subpoenas request | | |
| Pages | 10 | Billing Rates: $18.53 pages 1-10 $18.53 first 10 pages | | $18.53 |
| Pages | 30 | Billing Rates: $0.85 per page for pages 11-40 $0.85 per page | | $25.50 |
| Pages | 27 | Billing Rates: $0.57 per page for pages 41+ $0.57 per page | | $15.39 |
| Additional Fees (1) | 3 | XRAY | $15.00 | $45.00 |
| Billing Reference | 1 | Billable | | |

Please remit to above address.

| | |
|---|---|
| Subtotal | $104.42 |
| Adjustment – | $0.00 |
| TOTAL | $104.42 |

| Phone # | Fax # | Email | Web Site |
|---|---|---|---|
| (303) 274-7345 | (720) 497-6734 | dgarcia@panoramaortho.com | www.abtroiplus.com |

From DataFile Technologies on 20 Sep 2017 10:15 AM
Case No. 1:16-cv-03079-MSK-NRN   Document 70-3 filed 04/12/19   USDC Colorado   Page 3 of 29

PCSO and Sheriff Wegener's Bill of Costs
Exhibit C

321Z19M_0555HMQHF0087V2 - 1



DataFile Technologies, LLC.
PO Box 801504
Kansas City, MO
64180-1504
Phone: (816) 437-9134
Fax: (816) 221-4799
Email: status@datafiletechnologies.com
EIN: 20-3128267

Customer Id: 9995028

Invoice #: INV441354

Date: 9/20/2017

| Requestor/Bill To: | Request Information: | Clinic Information: |
|---|---|---|
| R2368209<br>Fowler, Schimberg, Flanagan and McLetchie<br>1640 Grant St.<br>Suite 300<br>Denver, CO<br>United States, 80203 | Patient Name:<br>**Kolby Martin**<br><br>Reference No: | Mile High Primary Care<br>2230 S. Fraser St. #1<br>Aurora, CO<br>United States, 80014 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Colorado Fee: 1-10 Pages | 1 | 18.53 | 18.53 |
| Colorado Per Page Fee: 11-40 Pages | 14 | 0.85 | 11.90 |

Invoice Total: 30.43
Balance Due: 30.43
Terms: Net 30

Pay your invoice at www.datafiletechnologies.com

| PLEASE NOTE: ***NEW REMIT TO ADDRESS BELOW*** | Invoice #: INV441354 |
|---|---|
| | Check #: |
| | Payment Amount: 30.43 |

| Remittance Information: | General Instructions: |
|---|---|
| DataFile Technologies, LLC.<br>PO Box 801504<br>Kansas City, MO<br>64180-1504<br>Phone: (816) 437-9134<br>Fax: (816) 221-4799<br>Email: status@datafiletechnologies.com<br>EIN: 20-3128267 | *Please check your documents immediately upon receipt as files are not available in our system after four months from date of request. *Cancellations From Business Requestors Are NOT Accepted. *If you have any questions about your invoice please email arservices@datafiletechnologies.com |



9995028--INV441354--30.43

**PCSO and Sheriff Wegener's Bill of Costs**
**Exhibit C**

HEALTHSOUTH
*Rehabilitation Hospital of Littleton*
*1001 W. Mineral Ave*
*Littleton, Co. 80120*

Invoice No. LittletonHIM

# INVOICE

**Customer**
Name: Fowler/Schimberg/Flanagan/McLetchie Litigation Firm
Address: 1640 Grant St., Suite #300
City: Denver   State: Co   ZIP: 80203
Phone: 303-298-8603

**Misc**
Date: 9/20/2017
Order No.:
Rep: Medical Records
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 0 | SERVICE FOR REQUESTED RECORDS | $14.00 | $ - |
| 0 | PAGES | $ 0.10 | $ - |
| 1 | CD | $ 6.50 | $ 6.50 |
|  | PATIENT LAST NAME -Martin | | |
|  | MR# 304221 | | |
|  | FIN# 408413 | | |
|  | TAX ID# 45-4929357 | | |

SubTotal: $ 6.50
Shipping:
Tax Rate(s):
**TOTAL**: $ 6.50

**Payment**   Select One…
Cash / Check / Money Order / Credit Card
Comments:
Name:
CC #:
Expires:
3 Digit Security Code: _____

Office Use Only

**Make check payable to: HealthSouth Rehabiliation Hospital of Littleton**

*Please return to Medical Records / HIM with copy of this invoice*

Case No. 1:16-cv-03079-MSK-NRN Document 71-3 filed 04/12/19 USDC Colorado pg 5 of 14
10/04/2017 3:47:34 AM -0400 FAXCOM PCSO and Sheriff Wegener's Bill of Costs 1
Exhibit C



**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

*PREPAYMENT REQUIRED*
**Invoice**
18507018
October 03, 2017

Phone: (610) 994-7500
Fax: (610) 962-8421

Valene Gremillion
Fowler, Schimberg & Flanagan, P.C.
1640 Grant Street
Suite 150
Denver, CO 80203

On 9/18/2017 the following healthcare provider received your request for copies of medical records:
**St. Anthony Hospital**
11600 West 2nd Place
Lakewood, CO 80228

You requested records for: KOLBY MARTIN

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID: 18507018
MRO Online Tracking Number: CENT72HJMNC6X

You can track and pay for your request online at:
www.roilog.com

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $18.53 |
| Number of Pages: | 632 |
| Tier 1: | $25.50 |
| Tier 2: | $337.44 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.19 |
| Sales Tax: | $25.45 |
| TOTAL: | $408.11 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$408.11** |

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
www.roilog.com
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 for any questions regarding this invoice.
MRO is the medical copy request processor for:
St. Anthony Hospital.**

# COLORADO TRAUMA SERVICES



400 Indiana St
suite 200
Golden CO 80401
303-940-8200

DATE:

TAX ID 203291109

Colorado Medical Record Fee Schedule
- Search Fee
  o First 10 pages or fewer   ■ $18.53 flat fee
  o Pages 11 – 40                ■ $0.85 per page
  o Pages 41+                      ■ $0.57 per page

Bill to: Fowler, Schimberg, Flanagan & McLetchie
1640 Grant St., Suite 300
Denver, CO 80203

| | AMOUNT |
|---|---|
| Re: Kolby Martin 8/30/1973 | |
| Pages 1-10 | $18.53 |
| TOTAL | $ 18.53 |

We accept check, money order, credit card (Visa, MC, Discover)

**THANK YOU FOR YOUR BUSINESS!**

10/11/2017 11:16:04 AM -0400 FAXCOM

Case No. 1:16-cv-03079-MSK-NRN Document 71-3 filed 04/12/19 USDC Colorado pg 7 of 14 PCSO and Sheriff Wegener's Bill of Costs Page 1 of 1

Exhibit C

PREPAYMENT REQUIRED

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

**Invoice**
18706740
October 10, 2017



Phone: (610) 994-7500
Fax: (610) 962-8421

**Valerie L. Gremillion**
Fowler, Schimberg & Flanagan, P.C.
1640 Grant Street
Denver, CO 80203

On 10/2/2017 the following healthcare provider received your request for copies of medical records:
**Centura CBO-St. Anthony Hospital**
8140 S. Holly Street
Centennial, CO 80122

You requested records for: KOLBY MARTIN

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID: 18706740
MRO Online Tracking Number: CENT39RDRBSER

You can track and pay for your request online at:
**www.roilog.com**

### Fees

| | |
|---|---:|
| Search and Retrieval Fee: | $18.53 |
| Number of Pages: | 10 |
| Tier 1: | $0.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.61 |
| Sales Tax: | $1.34 |
| TOTAL: | $21.48 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$21.48** |

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410

MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 for any questions regarding this invoice.
MRO is the medical copy request processor for:
Centura CBO-St. Anthony Hospital.**

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

January 18, 2018

Invoice#  28226    TPS
Our file#    MWEG2    00000
Billing through: 12/31/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



MWEG2 00000 WEG/CAR Invoice# 28226



**EXPENSES**

| | | |
|---|---|---|
| 11/08/2017 | Ciox Health; E103 - Health One OCC Med Center Medical Records for Kolby Martin | 161.63 |

BILLING SUMMARY

Case No. 1:16-cv-03079-MSK-NRN Document 71-3 filed 04/12/19 USDC Colorado pg 10 of 14
11/11/2017 1:26:40 AM -0400 FAXCOM    PCSO and Sheriff Wegener's Bill of Costs 1
Exhibit C



**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

*PREPAYMENT REQUIRED*
**Invoice**
18506156
November 11, 2017

Phone: (610) 994-7500
Fax: (610) 962-8421

**Valerie Gremillion**
Fowler, Schimberg & Flanagan, P.C.
1640 Grant Street
Suite 300
Denver, CO 80203

On 9/18/2017 the following healthcare provider received your request for copies of medical records:
**Parker Adventist Hospital**
9395 Crown Crest Boulevard
Parker, CO 80138

You requested records for: KOLBY MARTIN

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID: 18506156
MRO Online Tracking Number: CENT2YRE6LM9W

You can track and pay for your request online at:
www.roilog.com

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $18.53 |
| Number of Pages: | 546 |
| Tier 1: | $25.50 |
| Tier 2: | $288.42 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $1.19 |
| Sales Tax: | $24.01 |
| TOTAL: | $357.65 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$357.65** |

Records consisting of more than 75 pages may be sent on CD-ROM.

**PAYMENT**

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

*You may pay this invoice online at:*
www.roilog.com
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or return this invoice with the payment.*

By paying this invoice, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before paying this invoice. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500. Upon presentation of a dispute, your payment of the invoice will be noted as made under protest pending resolution of the dispute presented. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 for any questions regarding this invoice.
MRO is the medical copy request processor for:
Parker Adventist Hospital.**

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

March 23, 2018

Invoice#  28323    TPS
Our file#    MWEG2    00000
Billing through: 02/28/2018

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



PCSO and Sheriff Wegener's Bill of Costs
Exhibit C

MWEG2  00000  WEG/CAR                    Invoice#  28323



EXPENSES

| 01/23/2018 | Ciox Health; E103 - Medical Records for Kolby Martin from The Medical Center of Aurora | 14.00 |

TOTAL EXPENSES

# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

June 19, 2018

Invoice#  28603    TPS
Our file#    MWEG2    00000
Billing through: 05/31/2018

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.



PCSO and Sheriff Wegener's Bill of Costs
Exhibit C

MWEG2    00000    WEG/CAR                              Invoice#   28603

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/10/2018 | Ciox Health; E103 - Medical Records from Colorado Rehabilitaiton and Occupational Medicine for Kolby Martin | 24.67 |

TOTAL EXPENSES

BILLING SUMMARY