# FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, PC

1640 GRANT STREET, SUITE 300
DENVER, CO 80203
(303) 298-8603
84-1055050

November 30, 2017

Invoice# 28129   TPS
Our file#   MWEG2   00000
Billing through: 10/31/2017

Enid R. Cordova
Senior Claims Representative
County Technical Services, Inc.
800 Grant Street, Suite 400
Denver, CO 80203

Re: Estate of Nate Carrigan v. Park County Sheriff's Office, et al. Claim No. C216PAR004

Priviledged and Confidential - For Internal Use Only.

TOTAL FEES

TOTAL EXPENSES

TOTAL INVOICE AMOUNT

**TOTAL BALANCE DUE**



PCSO and Sheriff Wegener's Bill of Costs
Exhibit D

MWEG2     00000     WEG/CAR                             Invoice#   28129

| Date | Description | Amount |
|---|---|---|
| 10/09/2017 | United States Treasury; E124- Form 4506 Request for Travis Threlkel and Leah Threlkel for years 2014, 2015 and 2016 | 150.00 |
| 10/09/2017 | United States Treasury; E124- Form 4506 Request for Travis Threlkel and Leah Threlkel for years 2006, 2007, 2008, 2009, 2010, 2011, 2012, and 2013 | 400.00 |

TOTAL EXPENSES

BILLING SUMMARY

PCSO and Sheriff Wegener's Bill of Costs
Exhibit D

