IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),
v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

---

**DEFENDANTS' UNOPPOSED MOTION TO
VACATE COST HEARING ON MAY 9, 2019 AND WITHDRAW BILL OF COSTS**

---

Defendants Park County Sheriff's Office and Fred Wegener, by and through their undersigned counsel Timothy P. Schimberg, Andrew R. McLetchie and Eden R. Rolland of Fowler, Schimberg, Flanagan & McLetchie, P.C., and Defendant Mark Hancock, by and through his undersigned counsel Josh A. Marks and David J. Goldfarb of Berg Hill Greenleaf Ruscitti LLP, (collectively, "Defendants"), and pursuant to D.C.COLO.LCivR 54.1, respectfully submit this Unopposed Motion to Vacate Cost Hearing and Withdraw Bill of Costs, as follows:

    1.    On March 29, 2019, this Court granted summary judgment on all claims by the Estate of Nate Carrigan, Melissa Carrigan, as personal representative of the Estate of Nate Carrigan, Kolby Martin, and Travis Threlkel (collectively, "Plaintiffs") that were asserted against

the Defendants (the "Order"). [#68.] Final judgment entered that same day, awarding Defendants their costs pursuant to Fed. R. Civ. P. 54(d). [#69.]

2. Defendants filed their Bill of Costs and supporting documentation on April 12, 2019. [*See* ##70 and 71.]

3. In accordance with D.C.COLO.LCivR 54.1, the undersigned conferred with counsel for Plaintiffs regarding their Bill of Costs. Plaintiffs have agreed to waive and forfeit any rights to appeal the Order in exchange for Defendants forfeiting and waiving any claims or rights that they have to seek costs against Plaintiffs stemming from the dismissal of the claims under Order.

4. Because the Parties have resolved the issue of costs, Defendants hereby withdraw their cost bills and respectfully request that the Court vacate the currently scheduled May 9, 2019 cost hearing in this matter.

WHEREFORE, because the Parties have resolved Defendants' Bill of Costs, Defendants withdraw their bill of costs and respectfully request that the Court vacate the May 9, 2019 cost hearing and grant any other relief it deems necessary.

Respectfully submitted this 8th day of May, 2019.

| BERG HILL GREENLEAF RUSCITTI LLP | FOWLER, SCHIMBERG, FLANAGAN & McLETCHIE, P.C |
|---|---|
| *s/ Josh A. Marks* | *s/ Timothy P. Schimberg* |
| _____ | _____ |
| Josh A. Marks | Timothy P. Schimberg |
| David J. Goldfarb | Andrew R. McLetchie |
| 1712 Pearl Street | Eden R. Rolland |
| Boulder, CO  80302 | 350 Indiana Street, Suite 850 |
| Phone:  (303) 402-1600 | Golden, CO  80401 |
| Fax:  (303) 402-1601 | Phone: 303-298-8603 |
| jam@bhgrlaw.com | Fax: 303-298-8748 |
| djg@bhgrlaw.com | t_schimberg@fsf-law.com |
| *Attorneys for Mark Hancock* | a_mcletchie@fsf-law.com |
| | e_rolland@fsf-law.com |
| | *Attorneys for Defendants Park County Sheriff's Office and Sheriff Fred Wegener* |

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of May, 2019, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO VACATE COST HEARING ON MAY 9, 2019 AND WITHDRAW BILL OF COSTS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Reid J. Elkus
Donald C. Sisson
Lucas Lorenz
ELKUS & SISSON, P.C.
501 S. Cherry Street, Suite 920
Denver, Colorado 80246
relkus@elkusandsisson.com
dsisson@elkusandsisson.com
llorenz@elkusandsisson.com
*Attorneys for Plaintiffs*


          *s/ Jill Weberg*
          _____
          Jill Weberg

4