IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-03079-MSK-MJW

ESTATE OF NATE CARRIGAN,
KOLBY MARTIN, and
TRAVIS THRELKEL

    Plaintiff(s),
v.

PARK COUNTY SHERIFF'S OFFICE,
SHERIFF FRED WEGENER, in his official and individual capacity, and
MARK HANCOCK, in his official and individual capacity,

    Defendant(s).

_____

**ORDER RE DEFENDANTS' UNOPPOSED MOTION
TO VACATE COST HEARING AND WITHDRAW BILL OF COSTS**
_____

The Court, having reviewed the Unopposed Motion to Vacate Cost Hearing and Withdraw Bill of Costs, being duly advised in the premises, and for good cause shown, does hereby GRANT the motion. Since the Parties have resolved Defendants' Bill of Costs, Defendants may withdraw their bill of costs, thereby vacating the May 9, 2019 cost hearing.

Dated this _____ day of _____, 2019.

BY THE COURT:

_____
Marcia S. Krieger
Senior United States District Judge